# Ramsey Industries, Inc.
## Notes to Consolidated Financial Statements
### December 31, 2006 and 2005

The above net deferred tax asset is presented on the balance sheets as follows:

|  | 2006 | 2005 |
|---|---|---|
| Deferred tax asset – current | $ 1,102,000 | $ 344,000 |
| Deferred tax asset – long-term | 368,000 | 660,000 |
| Net deferred tax asset | $ 1,470,000 | $ 1,004,000 |

## Note 5:   Pension and Other Postretirement Benefit Plans

### Pension Plans

The Company has two noncontributory defined benefit pension plans covering all employees who meet the eligibility requirements before October 1, 2006. Both plans were amended September 30, 2006. The plans are no longer open to new participants and no new benefits will be accrued after September 30, 2006. The Company's funding policy is to make the minimum annual contribution that is required by applicable regulations, plus such amounts as the Company may determine to be appropriate from time to time. The Company does not expect to make any contributions to the plans in 2007.

The Company uses a December 31 measurement date for the plans. Significant balances, costs and assumptions are:

|  | 2006 | 2005 |
|---|---|---|
| Benefit obligation | $ 15,403,791 | $ 16,390,925 |
| Fair value of plan assets | 13,997,998 | 12,960,023 |
| Funded status | $ (1,405,793) | $ (3,430,902) |
| Amounts recognized in the balance sheets: |  |  |
| Accrued benefit cost in other liabilities | $ (1,405,793) | $ (2,008,977) |
| Accumulated benefit obligation | $ (1,405,793) | $ (2,008,977) |
| Accumulated other comprehensive income (net of income tax credit) | $ 2,622,404 | $ 2,732,274 |
| Benefit costs | $ 624,026 | $ 824,683 |
| Employer contributions | $ 1,050,000 | $ 2,275,000 |
| Benefits paid | $ 685,110 | $ 723,584 |

# Ramsey Industries, Inc.
## Notes to Consolidated Financial Statements
### December 31, 2006 and 2005

|  | 2006 | 2005 |
|---|---|---|
| Weighted-average assumptions used to determine benefit obligations: |  |  |
| Discount rate | 6.25% | 6.00% |
| Rate of compensation increase | 3.00% | 3.00% |
| Weighted-average assumptions used to determine benefit cost: |  |  |
| Discount rate | 6.00% | 6.00% |
| Expected return on plan assets | 8.35% | 8.35% |
| Rate of compensation increase | 3.00% | 3.00% |

The Company has estimated the long-term rate of return on plan assets based primarily on historical returns on plan assets, adjusted for changes in target portfolio allocations and recent changes in long-term interest rates based on publicly available information.

The following approximate pension benefit payments, which reflect expected future service, as appropriate, are expected to be paid as of December 31, 2006:

| 2007 | $ | 737,154 |
|---|---|---|
| 2008 | $ | 773,565 |
| 2009 | $ | 781,639 |
| 2010 | $ | 851,965 |
| 2011 | $ | 946,202 |
| 2012 – 2015 | $ | 5,549,169 |

Plan assets are held by a bank-administered trust fund, which invests the plan assets in accordance with the provisions of the plan agreement. The plan invests primarily in common stocks and U.S. government securities.

Asset allocation is primarily based on strategy to provide stable earnings while still permitting the pension plan to recognize potentially higher returns through investment in equity securities. The target asset allocation percentages for 2006 and 2005 are as follows:

|  | 2006 | 2005 |
|---|---|---|
| Equity securities | 60% | 60% |
| U.S. government debt securities | 40% | 40% |

# Ramsey Industries, Inc.
## Notes to Consolidated Financial Statements
### December 31, 2006 and 2005

At December 31, 2006 and 2005, plan assets by category are as follows:

|                                 | 2006  | 2005  |
|---------------------------------|-------|-------|
| Cash equivalents                | 3%    | 16%   |
| Equity securities               | 67    | 51    |
| U.S. government debt securities | 30    | 33    |
|                                 | 100%  | 100%  |

### Postretirement Health Care Plan

The Company provides postretirement health care benefits to four retired employees and their spouses. The Company provides health care coverage under the plan which also reimburses these retirees for out-of-pocket expenses. The Company pays amounts to the plan as needed.

The Company uses a December 31 measurement date for the plan. Significant balances, costs and assumptions are:

|                           | 2006        | 2005          |
|---------------------------|-------------|---------------|
| Benefit obligation        | $   820,637 | $   1,195,071 |
| Fair value of plan assets |             |               |
| Funded status             | $  (820,637)| $  (1,195,071)|

Amounts recognized in the balance sheet:

|                                        | 2006        | 2005        |
|----------------------------------------|-------------|-------------|
| Accrued benefit cost in other liabilities | $  (607,506)| $  (562,831)|

|                        | 2006        | 2005      |
|------------------------|-------------|-----------|
| Benefit costs          | $   95,450  | $  85,332 |
| Employer contributions | $   50,774  | $  58,984 |
| Benefits paid          | $   50,774  | $  58,984 |

Weighted-average assumptions used to determine benefit obligations:

|               | 2006  | 2005  |
|---------------|-------|-------|
| Discount rate | 6.00% | 6.00% |

Assumed health care cost trend rates:

|                                                      | 2006  | 2005  |
|------------------------------------------------------|-------|-------|
| Health care trend rate                               | 9.00% | 9.00% |
| Rate to which the cost trend rate is assumed to decline to | 5.00% | 6.00% |
| Year that the rate reaches the ultimate trend rate   | 2011  | 2010  |

# Ramsey Industries, Inc.
## Notes to Consolidated Financial Statements
### December 31, 2006 and 2005

The following benefit payments are expected to be paid as of December 31, 2006:

| | | |
|---|---|---|
| 2007 | $ | 47,942 |
| 2008 | $ | 50,728 |
| 2009 | $ | 53,428 |
| 2010 | $ | 53,891 |
| 2011 | $ | 55,556 |
| 2012 – 2016 | $ | 287,422 |

### *Postretirement Benefit Plan*

The Management Security Plan (the MSP) provides for monthly payments upon retirement or death for a limited group of key employees. The assumptions used to calculate the MSP obligation include a weighted-average discount rate of 6.25% and the 1983 Group Annuity Mortality Table for Males. In 1999, the Plan was closed to new participants and an annuity was purchased to fund the existing liability to retired employees. At December 31, 2006, only one plan participant remains. A liability of $277,936 and $273,082 was included in other liabilities on the December 31, 2006 and 2005, balance sheets, respectively.

## Note 6:    Deferred Compensation Plan

The Company has a deferred compensation plan with nine former employees. The plan was established in 1999 with the present value of the estimated deferred compensation of $4,671,000 being recorded as a liability and expensed in that year. In 1999, the Company funded the plan with the purchase of a group annuity contract for $4,671,000. Each of the former employees will receive monthly payments over a 10-year period, starting at different dates during the plan's 20-year term with the final monthly payments in 2019. At December 31, 2006 and 2005, a total liability of $2,523,042 and $2,957,674, respectively, was recorded for the plan.

## Note 7:    Stock Option Plan

The Company has a fixed option plan under which the Company may grant options to its employees for up to 216,000 shares of common stock. The options become fully exercisable after four years from the grant date. The exercise price of each option is intended to equal the fair value of the Company's stock on the date of grant. An option's maximum term is 10 years.

# Ramsey Industries, Inc.
## Notes to Consolidated Financial Statements
### December 31, 2006 and 2005

A summary of the status of the plan at December 31, 2006 and 2005, and changes during the years then ended is presented below:

| | 2006 | | 2005 | |
| --- | --- | --- | --- | --- |
| | Shares | Weighted-Average Exercise Price | Shares | Weighted-Average Exercise Price |
| Outstanding, beginning of year | 38,746 | $ 10.49 | 51,546 | $ 10.83 |
| Granted | — | | — | |
| Exercised | (1,350) | 10.97 | (1,100) | 11.16 |
| Forfeited | (250) | 10.15 | (11,700) | 11.92 |
| Outstanding, end of year | 37,146 | $ 10.48 | 38,746 | $ 10.49 |
| Options exercisable, end of year | 31,771 | | 25,996 | |

The fair value of options granted prior to January 1, 2006, were estimated on the date of the grant using the minimum value method with the following weighted-average assumptions:

| | 2005 |
| --- | --- |
| Dividend per share | $ 0 |
| Risk-free interest rate | 3.00% |
| Expected life of options | 10 years |
| Weighted-average fair value of options granted during the year | $ 0 |

The following table summarizes information about stock options under the plan outstanding at December 31, 2006:

| Range of Exercise Prices | Options Outstanding | | | Options Exercisable | |
| --- | --- | --- | --- | --- | --- |
| | Number Outstanding | Weighted-Average Remaining Contractual Life | Weighted-Average Exercise Price | Number Exercisable | Weighted-Average Exercise Price |
| $ 10.15 | 6046 | 4 years | $ 10.15 | 6046 | $ 10.15 |
| $ 12.00 | 6600 | 5 years | $ 12.00 | 6600 | $ 12.00 |
| $ 10.15 | 24,500 | 6 years | $ 10.15 | 19,125 | $ 10.15 |

# Ramsey Industries, Inc.
## Notes to Consolidated Financial Statements
### December 31, 2006 and 2005

## Note 8:   Significant Estimates and Concentrations

Accounting principles generally accepted in the United States of America require disclosure of certain significant estimates and current vulnerabilities due to certain concentrations. Those matters include the following:

### General Litigation

The Company is subject to claims and lawsuits that arise primarily in the ordinary course of business. It is the opinion of management that the disposition or ultimate resolution of such claims and lawsuits will not have a material adverse effect on the consolidated financial position of the Company.

### Self-Insured Workers' Compensation and Health Insurance

The Company retains a significant portion of certain expected losses related to workers' compensation and employee health. Provisions for losses expected under these programs are recorded based upon the Company's estimates of the aggregate liability for claims incurred and totaled approximately $531,000 for the year ended December 31, 2006. The amount of actual losses incurred could differ materially from the estimates reflected in these financial statements.

## Note 9:   Commitments

### Letters of Credit

The Company had $200,000 at December 31, 2006 and 2005, in outstanding letters of credit as required by the state of Oklahoma for workers' compensation claims.

## Note 10:  Future Change in Accounting Principle

### SFAS 158, Employers' Accounting for Defined Benefit Pension and Other Post-Retirement Plans

The FASB recently issued Statement No. 158, *Employers' Accounting for Defined Benefit Pension and Other Post-retirement Plans* (SFAS 158), which revises the accounting and disclosure requirements in the financial statements of employers with respect to defined benefit pension and other postretirement plans. The statement requires an employer to currently recognize the funded status of defined benefit plans, the difference between the fair value of plan assets and the projected benefit obligation on the employers' balance sheet. SFAS 158 is effective for fiscal years ended after June 15, 2007, thus the Company expects to first apply the recognition of the funded status during its year ending December 31, 2007. Additionally, the statement has eliminated the current measurement option and requires the measurement date to be as of the balance sheet date for fiscal year ending after December 15, 2008. The Company's measurement date is currently as of the balance sheet date.

# Ramsey Industries, Inc.
## Notes to Consolidated Financial Statements
### December 31, 2006 and 2005

### *FIN 48, Accounting for Uncertainty in Income Tax*

The Financial Accounting Standards Board recently issued Financial Interpretation No. 48, *Accounting for Uncertainty in Income Tax*, which interprets SFAS 109, *Accounting for Income Taxes*, and clarifies accounting for uncertainty in income taxes recognized in financial statements. The Company expects to first apply the new interpretation during fiscal year ending December 31, 2007. The impact of applying the new interpretation has not yet been determined.

## <u>Exhibit B-2</u>

### (Audited Financial Statements for 2007)

**Grant Thornton**

Consolidated Financial Statements and Report of
Independent Certified Public Accountants

## Ramsey Industries, Inc. and Subsidiaries

December 31, 2007

# Ramsey Industries, Inc.

## Table of contents

REPORT OF INDEPENDENT CERTIFIED PUBLIC ACCOUNTANTS          1

CONSOLIDLATED FINANCIAL STATEMENTS

    Consolidated balance sheet          2-3

    Consolidated statement of income          4

    Consolidated statement of stockholders' equity          5

    Consolidated statement of cash flows          6

    Notes to consolidated financial statements          7



Audit • Tax • Advisory

**Grant Thornton LLP**
2431 E. 61st Street
Suite 500
Tulsa, OK 74136-1208

T 918.877.0800
F 918.877.0805
www.GrantThornton.com

**Report of Independent Certified Public Accountants**

Board of Directors
Ramsey Industries, Inc.

We have audited the accompanying consolidated balance sheet of Ramsey Industries, Inc. (an Oklahoma corporation) and subsidiaries (collectively, the Company) as of December 31, 2007, and the related consolidated statements of income, stockholders' equity and cash flows for the period from inception (April 5, 2007) to December 31, 2007. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audit.

We conducted our audit in accordance with auditing standards generally accepted in the United States of America as established by the American Institute of Certified Public Accountants. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes consideration of internal control over financial reporting as a basis for designing audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control over financial reporting. Accordingly, we express no such opinion. An audit also includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements, assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audit provides a reasonable basis for our opinion.

In our opinion, the consolidated financial statements referred to above present fairly, in all material respects, the financial position of Ramsey Industries, Inc. and subsidiaries as of December 31, 2007, and the results of their operations and their cash flows for the period from inception (April 5, 2007) to December 31, 2007, in conformity with accounting principles generally accepted in the United States of America.

*Grant Thornton LLP*

Tulsa, Oklahoma
April 30, 2008

# Ramsey Industries, Inc.

## Consolidated balance sheet

December 31, 2007

(dollars in thousands, except per share amounts)

### ASSETS

| | | |
|---|---|---:|
| **CURRENT ASSETS** | | |
| Cash and cash equivalents | $ | 4,250 |
| Accounts receivable, net of allowances; $150 | | 11,833 |
| Inventories, net | | |
|    Finished goods | | 2,634 |
|    Work in process | | 549 |
|    Raw materials | | 6,540 |
|      Total inventories | | 9,723 |
| Income taxes receivable | | 167 |
| Prepaid expenses and other | | 1,462 |
|      Total current assets | | 27,435 |
| **PROPERTY AND EQUIPMENT**, at cost | | |
|    Land | | 1,065 |
|    Buildings | | 5,835 |
|    Machinery and equipment | | 3,240 |
| | | 10,140 |
|    Less accumulated depreciation | | 1,129 |
| | | 9,011 |
| **OTHER ASSETS** | | |
|    Goodwill | | 57,622 |
|    Customer relationships, net | | 30,188 |
|    Trade names | | 19,200 |
|    Developed technology, net | | 4,165 |
|    Non-compete agreements, net | | 935 |
|    Other non-current assets | | 4,054 |
| | | 116,164 |
|      Total assets | $ | 152,610 |

The accompanying notes are an integral part of this consolidated financial statement.

# Ramsey Industries, Inc.

## Consolidated balance sheet - continued

December 31, 2007

(dollars in thousands, except per share amounts)

### LIABILITIES AND STOCKHOLDERS' EQUITY

| | | |
|---|---|---:|
| **CURRENT LIABILITIES** | | |
| Current maturities of long-term debt | $ | 852 |
| Accounts payable | | 7,463 |
| Accrued expenses | | 4,386 |
| Other current liabilities | | 441 |
| Total current liabilities | | 13,142 |
| | | |
| **LONG-TERM DEBT** | | 76,820 |
| | | |
| **OTHER LIABILITIES** | | |
| Postretirement benefit obligation | | 177 |
| Deferred compensation | | 1,654 |
| Derivative liability | | 1,171 |
| Pension plan | | 312 |
| Postretirement health care | | 891 |
| Deferred tax liability | | 21,074 |
| Total other liabilities | | 25,279 |
| | | |
| **COMMITMENTS AND CONTINGENCIES** | | |
| | | |
| **STOCKHOLDERS' EQUITY** | | |
| Common stock, $1 par value; 3,600,000 shares authorized; 1,532,200 shares issued and outstanding | | 1,532 |
| Additional paid-in capital | | 34,638 |
| Retained earnings | | 1,346 |
| Accumulated other comprehensive loss | | (147) |
| Total stockholders' equity | | 37,369 |
| | | |
| Total liabilities and stockholders' equity | $ | 152,610 |

The accompanying notes are an integral part of this consolidated financial statement.

# Ramsey Industries, Inc.

## Consolidated statement of income

Period from inception (April 5, 2007) to December 31, 2007

(in thousands)

| | | |
|---|---:|---:|
| NET SALES | $ | 63,893 |
| COST OF GOODS SOLD | | 44,728 |
| GROSS PROFIT | | 19,165 |
| OPERATING EXPENSES | | |
| Marketing | | 1,603 |
| Engineering, research and development | | 1,230 |
| General and administrative | | 8,486 |
| | | 11,319 |
| OPERATING INCOME | | 7,846 |
| OTHER INCOME (EXPENSE) | | |
| Interest income | | 124 |
| Interest expense | | (6,065) |
| Other | | 40 |
| | | (5,901) |
| INCOME BEFORE INCOME TAXES | | 1,945 |
| PROVISION FOR INCOME TAXES | | 599 |
| NET INCOME | $ | 1,346 |

The accompanying notes are an integral part of this consolidated financial statement.

# Ramsey Industries, Inc.

## Consolidated statement of stockholders' equity

### Period from inception (April 5, 2007) to December 31, 2007

(dollars in thousands, except per share amounts)

| | Common | | Additional Paid-In Capital | Retained Earnings | Accumulated Other Comprehensive Income | Total |
|---|---|---|---|---|---|---|
| | Shares | Amount | | | | |
| BALANCE AT APRIL 5, 2007 | - | $ - | $ - | $ - | $ - | $ - |
| Issuance of common stock | 1,532,200 | 1,532 | 34,528 | - | - | 36,060 |
| Net income | - | - | - | 1,346 | - | 1,346 |
| Other comprehensive income: | | | | | | |
| Unrealized loss on hedge, (net of tax of $445) | - | - | - | - | (726) | (726) |
| Pension plans, (net of tax of $344) | - | - | - | - | 562 | 562 |
| Postretirement plan, (net of tax of $11) | - | - | - | - | 17 | 17 |
| Total comprehensive income | | | | | | 1,199 |
| Stock based compensation | - | - | 110 | - | - | 110 |
| BALANCE AT DECEMBER 31, 2007 | 1,532,200 | $ 1,532 | $ 34,638 | $ 1,346 | $ (147) | $ 37,369 |

The accompanying notes are an integral part of this consolidated financial statement

5

# Ramsey Industries, Inc.

## Consolidated statement of cash flows

Period from inception (April 5, 2007) to December 31, 2007

(in thousands)

| | | |
|---|---|---:|
| **OPERATING ACTIVITIES:** | | |
| Net income | $ | 1,346 |
| Adjustments to reconcile net income to net cash provided by (used in) operating activities - | | |
| Depreciation | | 1,128 |
| Amortization | | 2,912 |
| Paid-in-kind interest | | 344 |
| Stock based compensation | | 110 |
| Amortization of debt issue cost | | 123 |
| Deferred tax benefit | | (1,235) |
| Changes in assets and liabilities - | | |
| Accounts receivable | | 1,540 |
| Inventories | | 956 |
| Accounts payable and accrued expenses | | (3,287) |
| Other assets and liabilities | | 1,367 |
| Net cash provided by operating activities | | 5,304 |
| **INVESTING ACTIVITIES:** | | |
| Purchase of property and equipment | | (843) |
| Net cash used in investing activities | | (843) |
| **FINANCING ACTIVITIES:** | | |
| Payments on senior term loans | | (443) |
| Payments on revolver | | (1,000) |
| Proceeds from revolver | | 1,000 |
| Other, net | | 232 |
| Net cash used in financing activities | | (211) |
| INCREASE IN CASH AND CASH EQUIVALENTS | | 4,250 |
| CASH AND CASH EQUIVALENTS, beginning of year | | - |
| CASH AND CASH EQUIVALENTS, end of year | $ | 4,250 |
| **SUPPLEMENTAL CASH FLOW INFORMATION:** | | |
| Interest paid | $ | 4,485 |
| Income taxes paid | $ | 1,614 |

The accompanying notes are an integral part of this consolidated financial statement.

# Ramsey Industries, Inc.

## Notes to consolidated financial statements

December 31, 2007

(dollars in thousands, except per share amounts)

## A - NATURE OF OPERATIONS AND SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

### 1. Nature of Operations

Ramsey Industries, Inc. an Oklahoma Corporation, and its wholly owned subsidiaries Ramsey Winch Company (Ramsey Winch) and Auto Crane Company (Auto Crane) (collectively, the Company) earn revenues predominately from manufacturing and sales of winches, cranes and related products. The Company sells products worldwide to agricultural, industrial, construction, commercial and original equipment manufacturers and distributors. The Company extends unsecured credit to its customers based on preapproved credit terms.

### 2. Acquisition

On April 5, 2007, Ramsey Holdings, Inc. (a Delaware Corporation) acquired the Company for approximately $113,560. This acquisition was financed primarily with cash of $36,060, $59,000 of Senior debt and $18,500 of Subordinated debt.

The allocation of the acquisition cost was as follows:

| | | |
|---|---|---:|
| Current assets | $ | 24,485 |
| Property, plant and equipment | | 9,300 |
| Trade names | | 19,200 |
| Customer relationships | | 32,200 |
| Developed technology | | 4,900 |
| Non-compete agreements | | 1,100 |
| Other long-term assets | | 2,587 |
| Goodwill | | 57,622 |
| Current liabilities | | (13,895) |
| Deferred tax liability | | (21,375) |
| Long-term liabilities | | (2,564) |
| | $ | 113,560 |

The Company has allocated the purchase price of the acquisition to assets acquired based on the fair value of assets acquired in accordance with Statement of Financial Accounting Standards (SFAS) No. 141, *Business Combinations*. The acquisition cost has been allocated to trade names, customer relationships, developed technology, and non-compete agreements, based on independent appraisals of fair value. Management believes these appraisals provide reasonable fair values for the intangibles as there has not been a significant change in the Company's operations since the appraisals were performed. None of the goodwill acquired is expected to be deductible for income tax purposes.

Current assets acquired consisted primarily of accounts receivable of approximately $13,400, inventories of approximately $10,700 and other current assets of approximately $385. Current liabilities acquired consisted of trade accounts payable of $10,700 and other accrued liabilities of $3,195.

## Ramsey Industries, Inc.

### Notes to consolidated financial statements - continued

December 31, 2007

(dollars in thousands, except per share amounts)

3.   Principles of Consolidation

The consolidated financial statements include the accounts of the Company and its wholly owned subsidiaries. All significant intercompany accounts and transactions have been eliminated in consolidation.

4.   Use of Estimates

The preparation of the consolidated financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the consolidated financial statements and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

5.   Cash and Cash Equivalents

The Company considers all liquid investments with original maturities of three months or less to be cash equivalents.

6.   Accounts Receivable

Accounts receivable are stated at the amount billed to customers. The Company provides an allowance for doubtful accounts, which is based upon a review of outstanding receivables, historical collection information and existing economic conditions. Accounts receivable are due based on specified terms with the customers. Accounts past due are considered delinquent. Delinquent receivables are written off based on individual credit evaluation and specific circumstances of the customer.

Sales to one customer represented approximately 7% of total revenue for the period from inception (April 5, 2007) to December 31, 2007. Trade receivables relating to this customer as of December 31, 2007, were 12% of total trade receivables.

7.   Impairment of Long Lived Assets

The Company adopted the SFAS No. 144, *Accounting for the Impairment or Disposal of Long-Lived Assets,* upon formation.

In accordance with SFAS No. 144, long-lived assets, such as property, plant and equipment, and intangibles are reviewed for impairment annually or whenever events or changes in circumstances indicate that the carrying amount of an asset may not be recoverable. Recoverability of assets to be held and used is measured by a comparison of the carrying amount of an asset to the estimated undiscounted future cash flows expected to be generated by the asset. If the carrying amount of an asset exceeds its estimated future cash flows, an impairment charge is recognized by the amount by which the carrying amount of the asset exceeds the fair value of the asset. Based on this evaluation, the Company determined the property, plant and equipment and intangibles were not impaired at December 31, 2007.

8

## Ramsey Industries, Inc.

### Notes to consolidated financial statements - continued

December 31, 2007

(dollars in thousands, except per share amounts)

8. Intangible Assets

SFAS No. 142, *Goodwill and Other Intangible Assets,* provides that goodwill and other intangible assets with indefinite lives shall not be amortized but shall be tested for impairment annually. Identifiable intangible assets with definite lives are amortized over their estimated useful lives. Intangible assets include tradenames, customer relationships, developed technology and non-compete agreements. The tradenames have an indefinite life and are not amortized. The intangible assets with a definite life are amortized on a straight-line basis over the life of the intangible and these amounts are recognized in operating costs.

Intangible assets with a definite life consisted of the following at December 31, 2007:

|  | Cost | | Accumulated Amortization | | Net | |
|---|---|---|---|---|---|---|
| Customer relationships (12 years) | $ | 32,200 | $ | (2,012) | $ | 30,188 |
| Developed technology (5 years) | | 4,900 | | (735) | | 4,165 |
| Non-compete agreements (5 years) | | 1,100 | | (165) | | 935 |
| | | | | | $ | 35,288 |

Amortization expense for the period from inception (April 5, 2007) through December 31, 2007 was $2,912. Amortization expense is estimated to be approximately $3,883 per year through 2011 and $2,983 in 2012.

9. Goodwill

Goodwill is tested annually for impairment. If the implied fair value of goodwill is lower than its carrying amount, a goodwill impairment is indicated and goodwill is written down to its implied fair value. Subsequent increases in goodwill value are not recognized in the financial statements. Goodwill is tested for impairment annually in accordance with SFAS No. 142. Goodwill was not impaired at December 31, 2007.

10. Inventories

Inventories consist of raw materials, work in process and finished goods. Inventories are stated at the lower of cost or market. Costs are based on standard cost to produce finished goods inventory which approximates actual cost using the first-in, first-out (FIFO) method. Costs to produce inventory consist of materials, labor and factory overhead.

11. Property and Equipment

Property and equipment are depreciated over the estimated useful life of each asset. Buildings are depreciated for 10 years. Machinery and equipment are depreciated over three to five years.

**Ramsey Industries, Inc.**

Notes to consolidated financial statements - continued

December 31, 2007

(dollars in thousands, except per share amounts)

12. Product Warranties

The Company provides limited warranties on certain of its products for periods ranging from one to two years. The Company records an accrued liability and expense for estimated future warranty claims based upon historical experience and management's estimate of the level of future claims. Changes in the estimated amounts recognized in prior years are recorded as an adjustment to the accrued liability and expense in the current year.

13. Income Taxes

Deferred tax assets and liabilities are recognized for the tax effects of differences between the financial statement and tax bases of assets and liabilities. A valuation allowance is established to reduce deferred tax assets if it is more likely than not that a deferred tax asset will not be realized. The Company files consolidated income tax returns with its subsidiaries.

14. Revenue Recognition

Revenue from the sale of the Company's products is recognized as products are shipped to customers and the customer takes ownership of goods and assumes risk of loss.

15. Self-Insurance

The Company has elected to self-insure certain costs related to workers' compensation and employee health. The Company has purchased insurance that limits its exposure for individual claims and that limits its aggregate exposure to $1,000 and $2,117, respectively.

16. Derivative Financial Instruments

The Company accounts for derivative financial instruments in accordance with SFAS No. 133, *Accounting for Derivative Instruments and Hedging Activities*, as amended (SFAS No. 133). SFAS No. 133 requires that an entity recognize all derivatives, as defined, as either assets or liabilities measured at fair value. If the derivative is designated as a hedge, depending on the nature of the hedge, changes in the fair value of the derivative will either be offset against the change in fair value of the hedged assets, liabilities or firm commitments through earnings or recognized as a component of comprehensive income until the hedged item is recognized in earnings. The ineffective portion of a derivative's change in fair value will be immediately recognized in earnings.

The Company uses derivative instruments to manage its exposure to cash flow risk from changes in interest rates and does not hold or issue derivative instruments for speculative or trading purposes.

17. Fair Values of Financial Instruments

The Company has short-term financial instruments other than cash, cash equivalents and investment securities consisting of accounts and notes receivable, accounts payable, accrued liabilities and debt obligations. The fair value of these financial instruments approximates their carrying amount due to their short-term nature.

10

## Ramsey Industries, Inc.

### Notes to consolidated financial statements - continued

December 31, 2007

(dollars in thousands, except per share amounts)

18. Advertising Costs

All advertising costs of the Company are expensed as incurred. Advertising expenses totaled approximately $193 for the period from inception (April 5, 2007) through December 31, 2007.

19. Recent Accounting Pronouncements

In September 2006, the Financial Accounting Standards Board (FASB) issued SFAS No. 158, *Employers' Accounting for Defined Benefit Pension and Other Postretirement Plans – An Amendment of FASB Statements No. 87, 88, 106, and 132(R)* (SFAS No. 158). SFAS No. 158 requires recognition of a net liability or asset to report the funded status of defined benefit pension and other postretirement plans on the balance sheet and recognition (as a component of other comprehensive income) of changes in the funded status in the year in which the changes occur. Additionally, SFAS No. 158 requires measurement of a plan's assets and obligations as of the balance sheet date and additional annual disclosures in the notes to the financial statements. The recognition and disclosure provisions of SFAS No. 158 are effective for fiscal years ending after June 15, 2007, while the requirement to measure a plan's assets and obligations as of the balance sheet date is effective for fiscal years ending after December 15, 2008. The Company adopted SFAS No. 158 during 2007. (See Note D)

Also, in 2006, the FASB issued FASB Interpretation (FIN) No. 48, *Accounting for Uncertainty in Income Taxes – interpretation of FASB Statement No. 109*. On February 1, 2008, the FASB issued FASB Staff Position (FSP) FIN 48-2, *Effective Date of FASB Interpretation No. 48 for Certain Nonpublic Enterprises.* The FSP defers the effective date of Interpretation 48, for certain nonpublic enterprises to the enterprise's annual financial statements for fiscal years beginning after December 15, 2007.

Additionally, during 2006 the FASB issued SFAS No. 157, *Fair Value Measurements,* which is effective for fiscal years beginning after November 15, 2007. In 2007, the FASB issued Interpretation No. 141 (Revised 2007) *Business Combinations* and SFAS No. 160 *Non-controlling Interests in Consolidated Financial Statements – An Amendment of ARB No. 51.* The Company has not yet determined the effect, if any, the adoption of these statements will have on the Company's financial position or results of operations.

11

## Ramsey Industries, Inc.

### Notes to consolidated financial statements - continued

December 31, 2007

(dollars in thousands, except per share amounts)

B - DEBT

At December 31, 2007, the Company's current and long-term debt consists of the following:

| | | |
|---|---|---:|
| Senior term loans, which require quarterly payments of $148 through December 31, 2012, quarterly interest payments at prime plus 2.25% or LIBOR plus 3.25% (8.6% at December 31, 2007), matures April 5, 2013 and are collateralized by all of the Company's assets. Additionally, the Company has availability under a $10,000 revolver loan which matures on April 5, 2012. There was no balance outstanding on the revolver loan at December 31, 2007. | $ | 58,558 |
| Subordinated debt, which requires quarterly interest payments at 12% and paid-in-kind interest at 2.5%, which is added to the principle and is due at maturity April 4, 2014. | | 18,844 |
| Various | | 270 |
| | | 77,672 |
| Less current maturities | | (852) |
| | $ | 76,820 |

Aggregate annual maturities of long-term debt at December 31, 2007 are:

| | | |
|---|---|---:|
| 2008 | $ | 852 |
| 2009 | | 599 |
| 2010 | | 590 |
| 2011 | | 590 |
| 2012 | | 590 |
| Thereafter | | 74,451 |
| | $ | 77,672 |

The Company capitalized debt issue costs of $2,074 related to the financing of the acquisition on April 5, 2007. These costs are amortized to interest expense over the term of the related debt using the effective interest method. The Company recognized $123 of interest expense for the period from inception through December 31, 2007.

The Company's credit facilities contain several financial covenants common in such agreements including limitations on capital spending, limitations on the amount of funded debt to EBITDA, and debt service coverage requirements. The Company was in compliance with all financial covenant ratios throughout the reporting period.

To manage interest rate risk, on June 21, 2007, the Company entered into an interest rate swap contract to hedge a portion of its future variable rate interest costs. The contract fixed the borrowing rate on a portion of the floating rate debt to provide an economic hedge against rising interest rates. At December 31, 2007, the

**Ramsey Industries, Inc.**

Notes to consolidated financial statements – continued

December 31, 2007

(dollars in thousands, except per share amounts)

interest rate swap had a total notational value of $30,000 and a fair value of $1,171 net liability position. This agreement has been designated as a hedge for accounting purposes in accordance with the provisions of SFAS No. 133, as amended.

The change in the fair value of the Company's swap agreement for the period ended December 31, 2007, was a decrease of $1,196 and is reflected as accumulated other comprehensive loss, net of tax in the consolidated balance sheet. The net cash interest expense from the interest rate swap was $25 for the period ended from inception (April 5, 2007) through December 31, 2007, and is included in the consolidated statement of income as an adjustment to interest expense. The income tax consequences of the change in fair value of the Company's interest rate swap of $1,196 and the reclassifications of earnings of $25 during the period ended from inception (April 5, 2007) through December 31, 2007, was $455 and $10, respectively. There was no hedge ineffectiveness during 2007.

C - INCOME TAXES

The provision for income taxes includes these components:

| | | |
|---|---|---:|
| Taxes currently payable | $ | 1,834 |
| Deferred income taxes (benefit) | | (1,235) |
| Income tax expense | $ | 599 |

A reconciliation of income tax expense at the statutory rate to the Company's actual income tax expense is shown below:

| | | |
|---|---|---:|
| Computed at the statutory rate | $ | 662 |
| Increase (decrease) resulting from: | | |
| Nondeductible expenses | | 19 |
| State income taxes | | 68 |
| Qualified domestic product deduction | | (115) |
| Federal tax credits | | (35) |
| Actual tax expense | $ | 599 |

13

## Ramsey Industries, Inc.

### Notes to consolidated financial statements - continued

December 31, 2007

(dollars in thousands, except per share amounts)

The tax effects of temporary differences related to deferred taxes shown on the balance sheet were:

|  |  |  |
|---|---|---:|
| Deferred tax assets | | |
| Allowance for doubtful accounts | $ | 57 |
| Inventory overhead costs capitalized for tax purposes | | 60 |
| Accrued compensated absences | | 234 |
| Warranty reserves | | 279 |
| Pension minimum liability | | 802 |
| Deferred compensation plan | | 940 |
| Other | | 496 |
| | | 2,868 |
| Deferred tax liabilities | | |
| Intangibles | | (20,753) |
| Depreciation | | (2,153) |
| Prepaid insurance | | (102) |
| | | (23,008) |
| Net deferred tax liability | $ | (20,140) |

The above net deferred tax asset is presented on the balance sheet as follows:

|  |  |  |
|---|---|---:|
| Deferred tax asset - current, net | $ | 934 |
| Deferred tax liability - long-term, net | | (21,074) |
| Net deferred tax liability | $ | (20,140) |

### D - PENSION AND OTHER POSTRETIREMENT BENEFIT PLANS

1. Pension Plans

The Company has two noncontributory defined benefit pension plans. The plans are no longer open to new participants and no new benefits will be accrued. The Company's funding policy is to make the minimum annual contribution that is required by applicable regulations, plus such amount as the Company may determine to be appropriate from time to time. The Company does not expect to make any contributions to the plans in 2008.

The Company adopted SFAS No. 158, which revises the accounting and disclosure requirements in the financial statements of employers with respect to defined benefit pension and other postretirement plans. The statement requires an employer to currently recognize the funded status of defined benefit plans, the difference between the fair value of plan assets and the projected benefit obligation on the employers' balance sheet. Additionally, the statement has eliminated the current measurement option and requires the measurement date to be as of the balance sheet date for fiscal year ending after December 15, 2008. The Company's measurement date is currently as of the balance sheet date. The adoption of SFAS No. 158 did not have a material impact on the Company's financial statements.

14