# Ramsey Industries, Inc. and Subsidiaries

## Notes to consolidated financial statements - continued

For the year ended December 31, 2008
and the period from inception (April 5, 2007) to December 31, 2007

(dollars in thousands)

The Company uses a December 31 measurement date for the plan.  The change in the benefit obligation is as follows:

| | | |
|---|---|---:|
| Accumulated Projected Benefit Obligation (APBO), December 31, 2007 | $ | 891 |
| Service cost | | - |
| Interest cost | | 61 |
| Actuarial gain | | 94 |
| Benefits paid | | (53) |
| APBO, December 31, 2008 | $ | 993 |

Weighted-average assumptions used to determine benefit obligations:

| | |
|---|---:|
| Discount rate | 6.15% |

Assumed health care cost trend rates:

| | |
|---|---:|
| Health care trend rate | 10% |
| Rate to which the cost trend is assumed to decline | 5% |
| Year that the rate reaches the ultimate trend rate | 2014 |

The following table presents the components of net periodic benefit cost:

| | | |
|---|---|---:|
| Interest cost | $ | 60 |
| Net periodic postretirement healthcare cost | $ | 60 |

Amount recognized in accumulated other comprehensive income consists of a net loss of $66, for the year ended December 31, 2008 and a net gain of $28 for the period from inception (April 5, 2007) to December 31, 2007.  The following benefit payments are expected to be paid as of December 31, 2008:

| | | |
|---|---|---:|
| 2009 | $ | 65 |
| 2010 | | 70 |
| 2011 | | 74 |
| 2012 | | 76 |
| 2013 | | 78 |
| 2014 - 2018 | | 410 |

# Ramsey Industries, Inc. and Subsidiaries

## Notes to consolidated financial statements - continued

For the year ended December 31, 2008
and the period from inception (April 5, 2007) to December 31, 2007

(dollars in thousands)

Assumed health care cost trend rates have a significant effect on the amounts reported for the health care plan. A one percentage-point change in assumed health care cost trend rates would have the following effects:

| | 1-Percentage point increase | 1-Percentage point decrease |
|---|---|---|
| Effect on interest cost | $ 6 | $ (5) |
| Effect on postretirement benefit obligation | 105 | (92) |

As of December 31, 2007, the change in the benefit obligation was as follows:

| | |
|---|---|
| APBO, April 5, 2007 | $ 913 |
| Service cost | - |
| Interest cost | 41 |
| Actuarial gain | (28) |
| Benefits paid | (35) |
| APBO, December 31, 2007 | $ 891 |

Weighted-average assumptions used to determine benefit obligations:

| | |
|---|---|
| Discount rate | 6.50% |
| Assumed health care cost trend rates: | |
| Health care trend rate | 11.00% |
| Rate to which the cost trend is assumed to decline | 5.00% |
| Year that the rate reaches the ultimate trend rate | 2014 |

The following table presents the components of net periodic benefit cost:

| | |
|---|---|
| Interest cost | $ 41 |
| Net periodic postretirement healthcare cost | $ 41 |

Assumed health care cost trend rates have a significant effect on the amounts reported for the health care plan. A one percentage-point change in assumed health care cost trend rates would have the following effects:

| | 1-Percentage point increase | 1-Percentage point decrease |
|---|---|---|
| Effect on interest cost | $ 5 | $ (4) |
| Effect on postretirement benefit obligation | 93 | (81) |

22

# Ramsey Industries, Inc. and Subsidiaries

## Notes to consolidated financial statements - continued

For the year ended December 31, 2008
and the period from inception (April 5, 2007) to December 31, 2007

(dollars in thousands)

3.  Postretirement Benefit Plan

The Management Security Plan (the MSP) provides for monthly payments upon retirement or death for a limited group of key employees. The assumptions used to calculate the MSP obligation include a weighted-average discount rate of 6.25% and the RP 2000 Mortality Table. In 1999, the Plan was closed to new participants and an annuity was purchased to fund the existing liability to retired employees. At December 31, 2008, only one plan participant remains. A total liability of $149 and $177 were recorded for the MSP, at December 31, 2008 and 2007, respectively.

E - DEFERRED COMPENSATION PLAN

The Company has a deferred compensation plan with nine former employees. The plan was established in 1981 and in 1999, the Company funded the plan with the purchase of a group annuity contract for $4,671. Each of the former employees will receive monthly payments over a 10-year period, starting at different dates during the plan's 20-year term with the final monthly payments in 2019. At December 31, 2008 and 2007, a total liability of $1,654 and $2,095 was recorded for the plan.

F - INCENTIVE PLAN

Ramsey Holdings, Inc. (Holdings) (the parent company) has an Incentive Plan (the Plan) to grant key employees or directors of Ramsey Holdings, Inc. or its affiliates and subsidiaries stock based compensation and other incentive awards. The aggregate number of shares of common stock that may be delivered in satisfaction of awards under the Plan shall not exceed 90,150 shares. During the period from inception (April 5, 2007) through December 31, 2007, and the year ended December 31, 2008, Holdings granted 49,850 and 1,503 performance based options, respectively. The options have market conditions that must be met at the end of five years for the options to vest. At December 31, 2008 and 2007, zero performance based options were exercisable. The fair value on the grant date was determined using a Monte-Carlo Simulation Model. The weighted average grant-date fair value was $1.24 per share and $1.26 per share at December 31, 2008 and 2007, respectively. Additionally, Holdings granted 751 and 17,546 service based options during the year ended December 31, 2008 and the period from inception (April 5, 2007) through December 31, 2007, respectively. At December 31, 2008 and 2007, 3,170 and 0 service based options were exercisable, respectively. These options generally vest ratably over a five year period and the term is ten years. The fair value on the grant date was calculated using a Black-Scholes Model. The weighted average grant date fair value was $40.14 per share at December 31, 2008 and 2007. Shares of stock will be issued upon exercise of the options.

# Ramsey Industries, Inc. and Subsidiaries

## Notes to consolidated financial statements - continued

For the year ended December 31, 2008
and the period from inception (April 5, 2007) to December 31, 2007

(dollars in thousands)

A summary of the status of the Plan at December 31, 2008, and changes during the year ended December 31, 2008 is presented below:

|  | Shares | | Weighted-Average Exercise Price Per Share |
|---|---|---|---|
| Outstanding, December 31, 2007 | 67,396 | $ | 100 |
| Granted | 2,254 | | 100 |
| Exercised | - | | - |
| Forfeited | (10,786) | | - |
| Outstanding, end of year | 58,864 | $ | 100 |
| Options exercisable, December 31, 2008 | 3,170 | | - |

| | |
|---|---|
| Dividend per share | - |
| Risk-free interest rate | 3.96% - 4.59% |
| Expected life of options | 3 - 5 years |
| Expected volatility | 22.96% - 31.85% |

The compensation expense recognized for the options granted is based on the fair value of the stock options on the grant date and is amortized over the vesting period. The stock-based compensation expense that was recognized for the year ended December 31, 2008 and the period from inception (April 5, 2007) through December 31, 2007 was $142 and $110, respectively, and is included in general and administrative expense in the consolidated statements of income.

Expected volatility is a measure of the expected fluctuation in share price. Since the Company is closely held and does not have historical stock prices, volatility was calculated based on the average of the historical stock prices for two of its peers.

At December 31, 2008, unrecognized compensation expense related to stock options was $444, which is expected to be recognized over a weighted-average period of approximately 4.1 years.

## Ramsey Industries, Inc. and Subsidiaries

### Notes to consolidated financial statements - continued

For the year ended December 31, 2008
and the period from inception (April 5, 2007) to December 31, 2007

(dollars in thousands)

## G - COMMITMENTS AND CONTINGENCIES

Accounting principles generally accepted in the United States of America require disclosure of certain significant estimates and current vulnerabilities due to certain concentrations. Those matters include the following:

1.  General Litigation

The Company is subject to claims and lawsuits that arise primarily in the ordinary course of business. It is the opinion of management that the disposition or ultimate resolution of such claims and lawsuits will not have a material adverse effect on the consolidated financial position of the Company.

2.  Self-Insured Workers' Compensation and Health Insurance

The Company retains a significant portion of certain expected losses related to workers' compensation and employee health. Provisions for losses expected under these programs are recorded based upon the Company's estimates of the aggregate liability for claims incurred and claims incurred but not reported. The amount of actual losses incurred could differ materially from the estimates reflected in these financial statements.

3.  Letters of Credit

The Company had $200 at December 31, 2008 and 2007, in outstanding letters of credit as required by the state of Oklahoma for workers' compensation claims. Additionally, at December 31, 2008, an additional letter of credit was outstanding in the amount of $175 for a commercial card agreement.

## H - DEFINED CONTRIBUTION PLAN

The Company has a defined 401(k) plan in which substantially all employees are eligible to participate and are permitted to contribute between 1% and 50% of their annual compensation. The Company makes matching contributions on behalf of employees. The expense incurred related to the 401(k) plan for the period ended December 31, 2008 and the period from inception (April 5, 2007) to December 31, 2007 was $451 and $302, respectively.

## Exhibit C

**(Bank Account Balances as of February 26, 2010)**

Ramsey Holdings, Inc. *et al.*
Summary of Bank Account Balances
As of February 26, 2010 (last banking day of the month)

## COMMERCE BANK-MISSOURI ACCOUNTS

| Debtor Entity | Account Number | Balance |
|---|---|---|
| Auto Crane Company | XXXX-XXXX-5385 | $0.00 |
| Auto Crane Company | XXXX-XXXX-0530 | $71,061.43 |
| Eskridge, Inc. | XXXX-XXXX-0533 | $126,531.42 |
| Eskridge, Inc. | XXXX-XXXX-1916 | $0.00 |
| Ramsey Industries | XXXX-XXXX-0522 | $49,057.93 |
| Ramsey Industries | XXXX-XXXX-5383 | $0.00 |
| Ramsey Industries | XXXX-XXXX-0519 | $0.00 |
| Ramsey Industries - Main Depository | XXXX-XXXX-5382 | $3,867,147.00 |
| Ramsey Industries - Money Market | XXXX-XXXX-5322 | $1,000,436.16 |
| Ramsey Winch Company | XXXX-XXXX-5384 | $0.00 |
| Ramsey Winch Company | XXXX-XXXX-0525 | $196,243.97 |

TOTAL FOR COMMERCE BANK MISSOURI ACCOUNTS:     **$5,326,990.32**[1]

## BANK OF OKLAHOMA WORKERS' COMPENSATION ACCOUNT

| Debtor Entity | Account Number | Balance |
|---|---|---|
| Ramsey Industries - Workers Compensation Account | XXX-XX-4505 | $8,017.08 |

TOTAL FOR BANK OF OKLAHOMA ACCOUNT:     **$8,017.08**

---

[1] This combined total for the Commerce Missouri bank accounts does not reflect outstanding checks in the approximate amount of $256,351.09.

{856863;8}

# Exhibit D

## (Liquidation Analysis)

## LIQUIDATION ANALYSIS

## INTRODUCTION

Pursuant to section 1129(a)(7) of the Bankruptcy Code,[1] each holder of an impaired claim or equity interest must either (a) accept the Plan or (b) receive or retain under the Plan property of a value, as of the effective date, that is not less than the value such non-accepting holder would receive or retain if the Debtors were liquidated under Chapter 7 of the Bankruptcy Code (often referred to as the "Best Interests Test").  In connection with this requirement, the following hypothetical liquidation analysis (the "Liquidation Analysis") has been prepared by Debtors.  The purpose of the Liquidation Analysis is to provide information so that the Bankruptcy Court may determine that the Plan is in the best interest of all classes of claims and interests that are impaired by the Plan.

THE DEBTORS' LIQUIDATION ANALYSIS IS AN ESTIMATE OF THE PROCEEDS THAT MAY BE GENERATED AS A RESULT OF A HYPOTHETICAL CHAPTER 7 LIQUIDATION OF THE ASSETS OF THE DEBTORS.  UNDERLYING THE LIQUIDATION ANALYSIS ARE A NUMBER OF ESTIMATES AND ASSUMPTIONS THAT ARE INHERENTLY SUBJECT TO SIGNIFICANT LEGAL, ECONOMIC, COMPETITIVE AND OPERATIONAL AND CONTINGENCIES BEYOND THE CONTROL OF THE DEBTORS' MANAGEMENT AND THEIR ADVISORS.  ADDITIONALLY, VARIOUS LIQUIDATION DECISIONS UPON WHICH CERTAIN ASSUMPTIONS ARE BASED ARE SUBJECT TO CHANGE.  ACCORDINGLY, THERE CAN BE NO ASSURANCE THAT THE ASSUMPTIONS AND ESTIMATES EMPLOYED IN DETERMINING THE LIQUIDATION VALUES OF THE DEBTORS' ASSETS WILL RESULT IN THE PROCEEDS WHICH WOULD BE REALIZED WERE THE DEBTORS TO UNDERGO AN ACTUAL LIQUIDATION, AND ACTUAL RESULTS COULD VARY MATERIALLY FROM THOSE SHOWN IN THIS LIQUIDATION ANALYSIS.  THIS ANALYSIS HAS NOT BEEN EXAMINED OR REVIEWED BY INDEPENDENT ACCOUNTANTS IN ACCORDANCE WITH STANDARDS PROMULGATED BY THE AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS (THE "AICPA").

## GENERAL ASSUMPTIONS

General assumptions underlying the Liquidation Analysis are described below.  It is assumed for purposes of this analysis that the case is converted to a case under Chapter 7 on October 1, 2010, a trustee is appointed to oversee the liquidation, and the liquidation occurs over a period of nine months.

METHODOLOGY

It is assumed the appointed chapter 7 trustee will retain lawyers, financial advisors and investment bankers to assist in the liquidation.  Further, it is assumed that the trustee will obtain

---

[1]  All capitalized terms used in this liquidation analysis that are not otherwise defined herein shall have the same meaning ascribed to them in the Plan.

authorization to use a certain level of "cash collateral" (as defined in section 363 of the Bankruptcy Code) to fund a minimum baseline level of operation of the Debtors' businesses during the liquidation in order to fund asset sales and wind-down the estate.

The Liquidation Analysis further assumes the business units are marketed as going concerns on an accelerated timeline and sale transactions are consummated within a relatively short time from commencement of liquidation. Given the accelerated time frame, erosion of value is assumed driven by, among other things: (a) negative customer and supplier reaction; (b) the loss of key personnel; (c) lack of meaningful financing to fund working capital or provide letters of credit; (d) predatory actions of competitors; (e) the interruption of construction and capital improvement projects; and (f) the general forced nature of the sale.

ESTIMATE OF GROSS PROCEEDS AVAILABLE FOR DISTRIBUTION

The Debtors have undertaken an extensive evaluation of most of their assets with D.R. Payne & Associates ("Payne"), the Debtors' valuation advisor. The results of this process have formed the basis for the estimate of proceeds that would be realized in a liquidation. In arriving at the estimates of cash proceeds which might be realized from a liquidation of the Debtors' assets, the Debtors have valued assets pursuant to a piecemeal liquidation scenario.

ESTIMATE OF COSTS OF LIQUIDATION

The Debtors' costs of liquidation under chapter 7 would include fees payable to a chapter 7 trustee, as well as fees payable to attorneys, advisors and other professionals retained by the trustee. Costs related to corporate support of the business units during the liquidation process, as well as other wind-down costs have also been included in the Liquidation Analysis.

DISTRIBUTION OF NET PROCEEDS UNDER ABSOLUTE PRIORITY RULE

If the Prepetition Senior Lenders consent to the sale of their collateral by the chapter 7 trustee, the foregoing types of claims, costs, expenses, fees and such other claims may arise in a chapter 7 liquidation case and would be paid in full from the liquidation proceeds before the balance of those proceeds would be made available to pay the claims of the Prepetition Senior Lenders, whose claims must be paid in full before prepetition priority and unsecured claims and chapter 7 administrative claims could be paid.

CONCLUSION

THE DEBTORS HAVE DETERMINED THAT CONFIRMATION OF THE PLAN WILL PROVIDE ALL CREDITORS A RECOVERY THAT IS NOT LESS THAN THEY WOULD RECEIVE PURSUANT TO A LIQUIDATION OF THE DEBTORS UNDER CHAPTER 7 OF THE BANKRUPTCY CODE.

In addition, the Debtors believe that the value of distributions, to the extent available, from the liquidation proceeds would be further reduced because such distributions in a chapter 7 case may not occur until after the nine month period assumed in the analysis. Moreover, in the event litigation were necessary to resolve claims asserted in the chapter 7 case, the delay could be further prolonged and administrative expenses further increased. THE EFFECTS OF THIS

DELAY ON THE VALUE OF DISTRIBUTIONS UNDER THE HYPOTHETICAL LIQUIDATION HAVE NOT BEEN CONSIDERED.

## LIQUIDATION ANALYSIS

As of the Petition Date, each of the Debtors was jointly and severally liable to the Prepetition Senior Lenders under the Prepetition Senior Credit Agreement, including the swap agreements, in the aggregate principal amount of not less than $71,190,825 (plus accrued and unpaid prepetition interest, fees, costs and other expenses). **The holders of the Prepetition Senior Facility Claims hold the largest claims against the Debtors. The Prepetition Senior Lenders' claims are secured by first priority liens on substantially all of the Debtors' assets—personal and real property.**

The Debtors have assumed that the liquidation value of the Debtors would be approximately 26% of the Prepetition Senior Lender Claims. The analysis for such an assumption is as follows:

- Assets: cash in the approximate amount of $3.8 million; accounts receivable in the approximate amount of $4.9 million; real estate in the approximate amount of $5.0 million; inventory in the approximate amount of $3.3 million; machinery and equipment in the approximate amount of $2.2 million; and a tax refund receivable in the approximate amount of $3.46 million.

- Costs associated with Liquidation: chapter 7 trustee fees in the approximate amount of $773,000; professional fees in the approximate amount of $2.1 million; wind-down costs, overhead and total liquidation costs of approximately $3.3 million.

Given the magnitude of the Prepetition Senior Facility Claims ($71,190,825 plus accrued and unpaid prepetition interest, fees, costs and other expenses), since the amount recovered under the Debtors' liquidation analysis would be substantially less than the Prepetition Senior Facility Claims, no distribution would be made to other prepetition creditors. In the absence of a consensual restructuring, the absolute priority rule in Section 1129(b) of the Bankruptcy Code would preclude the distribution of any value to junior classes, including Class 3 (Other Priority Claims), 4 (General Unsecured Claims), 5 (Unsecured Deficiency Claims), 6 (Junior Lender Claims), 7 (Administrative Convenience Claims), 9 (Intercompany Interests), and Class 10 (Parent Equity Interests).

PIECEMEAL ASSET SALES PROCEEDS

The Debtors' liquidation analysis assumes a piecemeal sale, collection and/or liquidation of individual asset groups together with a more immediate shut down of business operations. No value is estimated to be realized from the trade name or developed technology in piecemeal liquidation. The Debtors' values were developed in consultation with Payne.

## CHAPTER 7 TRUSTEE FEES

Trustee fees include costs associated with the appointment of a chapter 7 trustee and are calculated as follows: 25% of the first $5,000 in gross proceeds, 10% on any amount in excess of $5,000 but not in excess of $50,000, 5% on any amount in excess of $50,000 but not in excess of $1,000,000, and reasonable compensation not to exceed 3% of such moneys in excess of $1,000,000. This fee amount is consistent with section 326 of the Bankruptcy Code.

## PROFESSIONAL FEES

Professional fees include the cost of attorneys, accountants, auctioneers, sales agents and other professionals retained by the chapter 7 trustee. Total professional fees assumed to be incurred during the chapter 7 phase of the case are estimated to be approximately $2.0 million based on the fees to be incurred during the winding down the operations and making all required distributions. Additional fees include tax and accounting fees in the last two months of 2010 and first three months of 2011 in order to complete the 2009 and 2010 tax returns and assist with claims evaluations.

## DISCUSSION OF ALLOCATION PROCEEDS

## PREPETITION SENIOR LENDER CLAIMS

It is assumed that each of the Prepetition Senior Lenders would be paid the pro-rata share of their collateral value. As of the Petition Date, the Prepetition Senior Lenders claims, including the swap agreements, were in the aggregate principal amount of not less than $71,190,825 (plus accrued and unpaid prepetition interest, fees, costs and other expenses) The Revolver and Term facilities share pro-rata in the value of all of the collateral. Accordingly, the liquidation proceeds available to the Prepetition Senior Lenders would be approximately $19 million.

## ALL UNSECURED CLAIMS AND INTERESTS

Holders of Unsecured Claims and Interests would receive no recovery under the Liquidation Analysis because the collateral value securing the Prepetition Senior Lenders' claims is substantially less than the Debtors' obligations due and owing the Prepetition Senior Lenders.

## <u>Exhibit E</u>

**(Balance Sheet and Income Statement from the Debtors' Monthly
Operating Reports for periods ending December 31, 2009,
January 31, 2010 and February 28, 2010)**

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF

| | | |
|---|---|---|
| IN RE: | } | CASE NUMBER |
| Ramsey Industries, Inc. | } | <u>09-13999-M</u> |
| | } | |
| | } | |
| DEBTOR(S). | } | CHAPTER 11 |

DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD

FROM    December 18, 2009          TO          December 31, 2009

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Attorney for Debtor's Signature

Sarah G. Powers

Debtor's Address
and Phone Number:

Ramsey Industries, Inc.

4707 North Mingo Road

Tulsa, OK  74117

918-438-2760

Attorney's Address
and Phone Number:

GableGotwals, P.C.

1100 ONEOK PLAZA
100 West Fifth Street
Tulsa, OK  74103

918-595-4800

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee Office.  Monthly Operating Reports must be filed by the 15th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program Website, http://www.usdoj.gov/ust/r20/Region_20.htm.
1)      Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2)      Initial Filing Requirements
3)      Frequently Asked Questions (FAQs)

| CASE NAME: Ramsey Industries, Inc. |
| CASE NUMBER: 09-13999-M |
| JUDGE: Terrence L. Michael |

**ACCRUAL BASIS**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OKLAHOMA

### MONTHLY OPERATING REPORT
### MONTH ENDING DECEMBER 31, 2009

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE. THE DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY) IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

**RESPONSIBLE PARTY:**

_/s/ Don Helms_            Chief Financial Officer
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY     TITLE

PRINTED NAME:    Don Helms
ADDRESS:          4707 N. Mingo Road          2/5/2010
                 Tulsa, OK 74117          DATE
TELEPHONE NO.    918-234-2119

**PREPARER:**

_/s/ J. Bill Koehler_           Bankruptcy Accountant
ORIGINAL SIGNATURE OF PREPARER         TITLE

PRINTED NAME:    J. Bill Koehler
ADDRESS:          6202 S. Lewis, Suite F        2/5/2010
                 Tulsa, OK 74136          DATE
TELEPHONE NO.    918-748-9494

**SCHEDULE OF RECEIPTS AND DISBURSEMENTS**
For the Period Beginning December 18, 2009 and Ending December 31, 2009

| | | |
|---|---|---|
| Name of Debtor: | Ramsey Industries, Inc. | Case Number | 09-13999-M |
| Date of Petition: | December 18, 2009 | | |

| | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| **1. FUNDS AT BEGINNING OF PERIOD** | $ 4,553,993.49 (a) | $ 4,553,993.49 |
| **2. RECEIPTS:** | | |
| A Cash Sales | $ - | $ - |
| Minus: Cash Refunds | (-) $ - | $ - |
| Net Cash Sales | $ - | $ - |
| Transfers From Lockbox Accounts | $ 2,980,379.74 | $ 2,980,379.74 |
| Transfers to Operating Accounts | $ (1,868,926.09) | $ (1,868,926.09) |
| B Accounts Receivable | $ - | $ - |
| C Other Receipts *(See MOR-3)* | $ 22,662.66 | $ 22,662.66 |
| (If you receive rental income, you must attach a rent roll.) | | |
| **3. TOTAL RECEIPTS (Lines 2A+2B+2C)** | $ 22,662.66 | $ 22,662.66 |
| **4. TOTAL FUNDS AVAILABLE FOR OPERATIONS** | $ 5,688,109.80 | $ 5,688,109.80 |
| **5. DISBURSEMENTS** | | |
| A. Advertising | | $ - |
| B. Bank Charges | | $ - |
| C. Contract Labor | | $ - |
| D. Fixed Asset Payments (not incl. in "N") | | $ - |
| E. Insurance | | $ - |
| F. Inventory Payments *(See Attach. 2)* | | $ - |
| G. Leases | | $ - |
| H. Manufacturing Supplies | | $ - |
| I. Office Supplies | | $ - |
| J. Payroll - Net *(See Attachment 4B)* | | $ - |
| K. Professional Fees (Accounting & Legal) | | $ - |
| L. Rent | | $ - |
| M. Repairs & Maintenance | | $ - |
| N. Secured Creditor Payments *(See Attach. 2)* | | $ - |
| O. Taxes Paid - Payroll *(See Attachment 4C)* | | $ - |
| P. Taxes Paid - Sales & Use *(See Attachment 4C)* | | $ - |
| Q. Taxes Paid - Other *(See Attachment 4C)* | | $ - |
| R. Telephone | | $ - |
| S. Travel & Entertainment | | $ - |
| Y. U.S. Trustee Quarterly Fees | | $ - |
| U. Utilities | | $ - |
| V. Vehicle Expenses | | $ - |
| W. Other Operating Expenses *(See MOR-3)* | $ 53,213.61 | $ 53,213.61 |
| X. Transportation | | $ - |
| Z. Employee Expense Account Reimbursement | | $ - |
| AA. Outside Sales Reps | | $ - |
| AB. Computer Related Services | | $ - |
| AC. Health Care Claims | $ - | $ - |
| **6. TOTAL DISBURSEMENTS (Sum of 5A thru W)** | $ 53,213.61 | $ 53,213.61 |
| **7. ENDING BALANCE (Line 4 Minus Line 6)** | $ 5,634,896.19 (c) | $ 5,634,896.19 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true
and correct to the best of my knowledge and belief.

This 4th day of February, 2010.          /s/ Don Helms

(Signature)

(a)This number is carried forward from last month's report. For the first report only, this number will be the
balance as of the petition date.
(b)This figure will not change from month to month. It is always the amount of funds on hand as of the date of
the petition.
(c)These two amounts will always be the same if form is completed correctly.

## MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)

### Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Credit Card Receipts | $            - | $            - |
| | $            - | $            - |
| | $            - | $            - |
| | $            - | $            - |
| | $            - | $            - |
| | $            - | $            - |
| | $            - | $            - |
| TOTAL OTHER RECEIPTS | $            - | $            - |

**"Other Receipts" Includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:**

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | | Current Month | Cumulative Petition to Date |
|---|---|---|---|
| | | $ | $ |
| T. Rowe Price | Retirement Plan Payments | $     49,341.21 | $     49,341.21 |
| ADP | Flex Plan Reimbursements | $      3,872.40 | $      3,872.40 |
| | | $            - | $            - |
| | | $            - | $            - |
| | | $            - | $            - |
| | | $            - | $            - |
| | | $            - | $            - |
| TOTAL OTHER DISBURSEMENTS | | $     53,213.61 | $     53,213.61 |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

**Ramsey Industries**
**(Debtor in Possession)**
**Balance Sheet**
**December 31, 2009**

| Assets | | $ |
|---|---|---|
| Current Assets | | |
| Cash | $ | 5,638,453 |
| Accounts receivable, net | | - |
| Inventory | | - |
| Other current assets | | 5,232,278 |
| Total current assets | | 10,870,731 |
| Property, plant and equipment, net | | |
| Interco | | 45,228,770 |
| Other Assets | | 108,189,050 |
| Goodwill | | |
| Total Assets | $ | 164,288,551 |

| Liabilities and Shareholders' Deficit | | $ |
|---|---|---|
| Liabilities Not Subject to Compromise Current Liabilities: | | |
| Short-term borrowings | | |
| Accounts payable–trade | | |
| Other liabilities | | (11,018) |
| Total current liabilities | | (11,018) |
| Liabilities Subject to Compromise (Current) | | 6,028,827 |
| | | 6,017,809 |
| Other Liabilities subject to Compromise (Other) | | 119,833,360 |
| Total Liabilities | | 125,851,169 |
| Shareholders' (deficit) | | |
| Preferred stock | | |
| Common stock | | 1,532,200 |
| Retained earnings (deficit) | | 36,905,181 |
| Total Liabilities & Shareholders' (Deficit) | $ | 164,288,551 |

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF THE NORTHERN DISTRICT OF OKLAHOMA

IN RE:                              }        CASE NUMBER:
                                    }
Ramsey Industries, Inc.            }        09-13999-M
                                    }
                                    }
DEBTOR(S).                          }        CHAPTER 11

DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)
FOR THE PERIOD

FROM ___January 1, 2010___ TO _January 30, 2010___

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

_Sarah G. Powers_

| Debtor's Address and Phone Number: | Attorney's Address and Phone Number: |
|---|---|
| Ramsey Industries, Inc. | GableGotwals |
| 4707 North Mingo Road | 1100 ONEOK PLAZA |
| Tulsa, OK 74117 | 100 West Fifth Street |
| 918-438-2760 | Tulsa, OK 74103 |
| | 918-595-4800 |

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee Office.  Monthly Operating Reports must be filed by the 21st day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program Website, http://www.justice.gov/ust/r20/index.htm.
1)      Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2)      Initial Filing Requirements
3)      Frequently Asked Questions (FAQs)

{863725;}

| CASE NAME: Ramsey Industries, Inc. |
|---|
| CASE NUMBER: 09-13999-M |
| JUDGE: Terrence L. Michael |

**ACCRUAL BASIS**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OKLAHOMA

### MONTHLY OPERATING REPORT
### MONTH ENDING JANUARY 31, 2010

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE. THE DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY) IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

**RESPONSIBLE PARTY:**

/s/ Don Helms
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY

Chief Financial Officer
TITLE

PRINTED NAME:   Don Helms
ADDRESS:   4707 N. Mingo Road
   Tulsa, OK 74117
TELEPHONE NO.   918-234-2119

3/1/2010
DATE

**PREPARER:**

/s/  J. Bill Koehler
ORIGINAL SIGNATURE OF PREPARER

Bankruptcy Accountant
TITLE

PRINTED NAME:   J. Bill Koehler
ADDRESS:   6202 S. Lewis, Suite F
   Tulsa, OK 74136
TELEPHONE NO.   918-748-9494

3/1/2010
DATE

{858560;}

**SCHEDULE OF RECEIPTS AND DISBURSEMENTS**
For the Period Beginning January 1, 2010 and Ending January 30, 2010

| | |
|---|---|
| Name of Debtor: Ramsey Industries, Inc. | Case Number 09-13999-M |
| Date of Petition: December 18, 2009 | |

| | | CURRENT MONTH | | CUMULATIVE PETITION TO DATE |
|---|---|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | | $ 5,634,896.19 | (a) | $ 4,553,993.49 |
| | | | | |
| **2. RECEIPTS:** | | | | |
| A Cash Sales | | $ | | $ - |
| Minus: Cash Refunds | (-) | $ - | | $ - |
| Net Cash Sales | | $ - | | $ - |
| Transfers From Lockbox Accounts | | $ 2,983,668.15 | | $ 5,964,047.89 |
| Transfers to Operating Accounts | | $ (2,786,846.48) | | $ (4,655,772.57) |
| | | | | |
| B Accounts Receivable | | $ - | | $ - |
| C Other Receipts (See MOR-3) | | $ 25,208.09 | | $ 47,870.75 |
| (If you receive rental income, you must attach a rent roll.) | | | | |
| 3. TOTAL RECEIPTS (Lines 2A+2B+2C) | | $ 25,208.09 | | $ 47,870.75 |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS | | $ 5,856,925.95 | | $ 5,910,139.56 |
| | | | | |
| **5. DISBURSEMENTS** | | | | |
| A. | Advertising | $ - | | $ - |
| B. | Bank Charges | $ - | | $ - |
| C. | Contract Labor | $ - | | $ - |
| D. | Fixed Asset Payments (not incl. in "N") | $ - | | $ - |
| E. | Insurance | $ - | | $ - |
| F. | Inventory Payments (See Attach. 2) | $ - | | $ - |
| G. | Leases | $ - | | $ - |
| H. | Manufacturing Supplies | $ - | | $ - |
| I. | Office Supplies | $ - | | $ - |
| J. | Payroll - Net (See Attachment 4B) | $ - | | $ - |
| K. | Professional Fees (Accounting & Legal) | $ - | | $ - |
| L. | Rent | $ - | | $ - |
| M. | Repairs & Maintenance | $ - | | $ - |
| N. | Secured Creditor Payments (See Attach. 2) | $ - | | $ - |
| O. | Taxes Paid - Payroll (See Attachment 4C) | $ - | | $ - |
| P. | Taxes Paid - Sales & Use (See Attachment 4C) | $ - | | $ - |
| Q. | Taxes Paid - Other (See Attachment 4C) | $ - | | $ - |
| R. | Telephone | $ - | | $ - |
| S. | Travel & Entertainment | $ - | | $ - |
| Y. | U.S. Trustee Quarterly Fees | $ - | | $ - |
| U. | Utilities | $ - | | $ - |
| V. | Vehicle Expenses | $ - | | $ - |
| W. | Other Operating Expenses (See MOR-3) | $ 30,804.61 | | $ 84,018.22 |
| X. | Transportation | $ - | | $ - |
| Z. | Employee Expense Account Reimbursement | $ 48,059.42 | | $ 48,059.42 |
| AA. | Outside Sales Reps | $ - | | $ - |
| AB. | Computer Related Services | $ - | | $ - |
| AC. | Health Care Claims | $ - | | $ - |
| 6. TOTAL DISBURSEMENTS (Sum of 5A thru W) | | $ 78,864.03 | | $ 132,077.64 |
| | | | | |
| 7. ENDING BALANCE (Line 4 Minus Line 6) | | $ 5,778,061.92 | (c) | $ 5,778,061.92 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This 25th day of February, 2010.          /s/ Don Helms

                                                    (Signature)

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b)This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.

(c)These two amounts will always be the same if form is completed correctly.

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)**

**Detail of Other Receipts and Other Disbursements**

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Credit Card Receipts | $            - | $            - |
|  | $            - | $            - |
|  | $            - | $            - |
|  | $            - | $            - |
|  | $            - | $            - |
|  | $            - | $            - |
|  | $            - | $            - |
| TOTAL OTHER RECEIPTS | $            - | $            - |

**"Other Receipts"** includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
|  | $ | $ |
| T. Rowe Price       Retirement Plan Payments |  | $    49,341.21 |
| ADP                      Flex Plan Reimbursements |  | $      3,872.40 |
| See Disbursement Detail for Bank Acct. 43000522 | $    30,804.61 | $    30,804.61 |
|  | $            - | $            - |
|  | $            - | $            - |
|  | $            - | $            - |
|  | $            - | $            - |
| TOTAL OTHER DISBURSEMENTS | $    30,804.61 | $    84,018.22 |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

**Ramsey Industries, Inc.**
(Debtor in Possession)
Balance Sheet
January 30, 2010

| | $ |
|---|---:|
| **Assets** | |
| **Current Assets** | |
| Cash | 5,751,939 |
| Accounts receivable, net | - |
| Inventory | - |
| Other current assets | 5,167,029 |
| Total current assets | 10,918,968 |
| Property, plant and equipment, net | |
| Interco | 45,738,077 |
| Other Assets | 107,865,438 |
| Goodwill | |
| Total Assets | 164,522,483 |

| | $ |
|---|---:|
| **Liabilities and Shareholders' Deficit** | |
| **Liabilities Not Subject to Compromise:** | |
| Short-term borrowings | |
| Accounts payable--trade | 21,932 |
| Other liabilities | 230,055 |
| Total Liabilities Not Subject to Compromise | 251,987 |
| Liabilities Subject to Compromise | 5,967,901  (a) |
| Other Liabilities subject to Compromise | 119,865,214  (b) |
| Total Liabilities | 126,085,102 |
| Shareholders' (deficit) | |
| Preferred stock | |
| Common stock | 1,532,200 |
| Retained earnings (deficit) | 36,905,181 |
| Total Liabilities & Shareholders' (Deficit) | 164,522,483 |
| | - |

| (a) Consists of the following: | |
|---|---:|
| Accounts Payable | 335,175 |
| Current Portion of LTD | 564,340 |
| Accrued Payroll Liabilities | 282,804 |
| Accrued Interest Expense | 3,742,815 |
| Other Accrued Expenses | 1,094,712 |
| Accrued Rabbi Trust Liability | 246,444 |
| Income Tax Accrual | (298,389) |
| Total | 5,967,901 |

| (b) Consists of the following: | |
|---|---:|
| Long Term Debt | 94,098,103 |
| Deferred Taxes | 21,073,537 |
| Benefit Obligations | 1,084,823 |
| Rabbi Trust | 957,209 |
| Derivative Liability | 2,651,542 |
| Total | 119,865,214 |

**Ramsey Industries Consolidated**
**Income Statement Actual Month - January, 2010**
**January 30, 2010**

| | Actual | |
|---|---|---|
| | $ | % |
| Gross Sales | 3,767,512 | |
| Gross Sales- Chassis | 0 | |
| Sales Discounts | 5,956 | -0.16% |
| Sales Returns | 16,438 | 0.44% |
| **NET SALES** | **3,745,118** | |
| | | |
| **VARIABLE MFG EXPENSES** | | |
| Material | 1,720,655 | 45.94% |
| Material - Chassis | 0 | 0.00% |
| Labor | 238,079 | 6.36% |
| Burden | 218,616 | 5.84% |
| Warranty | 39,081 | 1.04% |
| Other (prod. Variances) | 29,397 | 0.78% |
| **TOTAL VAR MFG EXPS** | **2,245,828** | **59.97%** |
| | | |
| **VARIABLE MARGIN ($)** | **1,499,290** | **40.03%** |
| | | |
| **FIXED MFG EXPENSES** | | |
| Wage & Fringe | 228,838 | 6.11% |
| Fixed Supplies | 62,007 | 1.66% |
| Utilities | 33,600 | 0.90% |
| Depreciation | 190,691 | 5.09% |
| Freight In | 39,384 | 1.05% |
| Other Fixed Exp. | 12,057 | 0.32% |
| Inventory Reserves | 21,050 | 0.56% |
| **TOTAL FIXED MFG EXPS** | **587,627** | **15.69%** |
| | | |
| **TOTAL COST OF GOODS SOLD** | **2,833,455** | **75.66%** |
| **GROSS MARGIN** | **911,663** | **24.34%** |
| | | |
| **OPERATING EXPENSES** | | |
| Variable Selling (Comm) | 16,188 | 0.43% |
| Engineering | 95,080 | 2.54% |
| Sales | 174,527 | 4.66% |
| Marketing | 87,290 | 2.33% |
| Finance | 80,356 | 2.15% |
| MIS | 64,131 | 1.71% |
| Admin. & Executive | 146,835 | 3.92% |
| Legal | 1,199 | 0.03% |
| Human Resources | 38,633 | 1.03% |
| Depreciation Exp. | 33,468 | 0.89% |
| Amortization Exp. | 371,819 | 9.93% |
| Other | 192,441 | 5.14% |
| **TOTAL OPERATING EXPS** | **1,301,967** | **34.76%** |
| | | |
| **OPERATING INCOME** | **(390,304)** | **-10.42%** |
| | | |
| Interest Expense [Net] | 4,078 | 0.11% |
| Other <Income> Expense | 4,715 | 0.13% |
| | | |
| **NET INCOME BEFORE TAX** | **(399,097)** | **-10.66%** |
| Provision for Inc. Tax | (50,664) | -1.35% |
| **NET INCOME** | **(348,433)** | **-9.30%** |
| | | |
| **EBITDA** | | |
| Net Income (Loss) | (348,433) | -9.30% |
| Interest | 4,078 | 0.11% |
| Taxes | (50,664) | -1.35% |
| Depreciation | 224,159 | 5.99% |
| Amortization | 371,819 | 9.93% |
| Other | 0 | 0.00% |
| **EBITDA** | **200,959** | **5.37%** |
| | | |
| **One-Time Restructuring Costs** | | |
| Severance & Other One-time | 0 | 0.00% |
| Facility Consolidation | 13,060 | 0.35% |
| Professional Fees | 160,667 | 4.29% |
| **EBITDAR** | **374,686** | **10.00%** |

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | } | CASE NUMBER |
| Ramsey Industries, Inc. | } | 09-13999-M |
| | } | |
| | } | |
| DEBTOR(S). | } | CHAPTER 11 |

DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD

FROM    January 31, 2010        TO        February 27, 2010

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

_Sarah Goss Powers_

Debtor's Address
and Phone Number:

Ramsey Industries, Inc.

4707 North Mingo Road

Tulsa, OK  74117

918-438-2760

Attorney's Address
and Phone Number:

GableGotwals, P.C.

1100 ONEOK PLAZA
100 West Fifth Street
Tulsa, OK  74103

918-595-4800

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee Office.  Monthly Operating Reports must be filed by the 15th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program Website, http://www.usdoj.gov/ust/r20/Region_20.htm.
1)      Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2)      Initial Filing Requirements
3)      Frequently Asked Questions (FAQs)

| CASE NAME: Ramsey Industries, Inc. |
| CASE NUMBER: 09-13999-M |
| JUDGE: Terrence L. Michael |

**ACCRUAL BASIS**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OKLAHOMA

## MONTHLY OPERATING REPORT
## MONTH ENDING FEBRUARY 28, 2010

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE. THE DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY) IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

**RESPONSIBLE PARTY:**

_/s/ Don Helms_____     Chief Financial Officer_____
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY        TITLE

PRINTED NAME:  __Don Helms_____
ADDRESS:     ____4707 N. Mingo Road_____     _____3/24/2010_____
             _____     ____Tulsa, OK 74117_____     DATE
TELEPHONE NO.  ___918-234-2119_____

**PREPARER:**

_/s/ J. Bill Koehler_____     Bankruptcy Accountant_____
ORIGINAL SIGNATURE OF PREPARER            TITLE

PRINTED NAME:  __J. Bill Koehler_____
ADDRESS:     ____6202 S. Lewis, Suite F_____     _____3/24/2010_____
             ____Tulsa, OK 74136_____     DATE
TELEPHONE NO.  918-748-9494_____

{858468;2}

Case 09-13998-M   Document 284   Filed in USBC ND/OK on 03/25/10   Page 3 of 54

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
For the Period Beginning January 31, 2010 and Ending February 27, 2010

| | | | |
|---|---|---|---|
| Name of Debtor: | Ramsey Industries, Inc. | Case Number | 09-13999-M |
| Date of Petition: | December 18, 2009 | | |

| | | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|---|
| **1. FUNDS AT BEGINNING OF PERIOD** | | 5,778,062  (a) | 4,553,993 |
| | | | |
| **2. RECEIPTS:** | | | |
| A Cash Sales | | - | - |
| Minus: Cash Refunds | (-) | - | - |
| Net Cash Sales | | - | - |
| Transfers From Lockbox Accounts | | 3,561,086 | 9,525,134 |
| Transfers to Operating Accounts | | (3,964,326) | (8,620,098) |
| | | | |
| B Accounts Receivable | | | |
| C Other Receipts *(See MOR-3)* | | | 47,871 |
| (If you receive rental income, | | | |
| you must attach a rent roll.) | | | |
| **3. TOTAL RECEIPTS (Lines 2A+2B+2C)** | | - | 47,871 |
| **4. TOTAL FUNDS AVAILABLE FOR OPERATIONS** | | 5,374,822 | 5,506,900 |
| | | | |
| **5. DISBURSEMENTS** | | | |
| A. | Advertising | - | - |
| B. | Bank Charges | - | - |
| C. | Contract Labor | - | - |
| D. | Fixed Asset Payments (not incl. in "N") | - | - |
| E. | Insurance | 132,347 | 132,347 |
| F. | Inventory Payments *(See Attach. 2)* | - | - |
| G. | Leases | - | - |
| H. | Manufacturing Supplies | - | - |
| I. | Office Supplies | - | - |
| J. | Payroll - Net *(See Attachment 4B)* | - | - |
| K. | Professional Fees (Accounting & Legal) | 25,000 | 25,000 |
| L. | Rent | - | - |
| M. | Repairs & Maintenance | - | - |
| N. | Secured Creditor Payments *(See Attach. 2)* | - | - |
| O. | Taxes Paid - Payroll *(See Attachment 4C)* | - | - |
| P. | Taxes Paid - Sales & Use *(See Attachment 4C)* | - | - |
| Q. | Taxes Paid - Other *(See Attachment 4C)* | - | - |
| R. | Telephone | - | - |
| S. | Travel & Entertainment | - | - |
| Y. | U.S. Trustee Quarterly Fees | 975 | 975 |
| U. | Utilities | - | - |
| V. | Vehicle Expenses | - | - |
| W. | Other Operating Expenses *(See MOR-3)* | 143,134 | 227,152 |
| X. | Transportation | - | - |
| Z. | Employee Expense Account Reimbursement | - | 48,059 |
| AA. | Outside Sales Reps | - | - |
| AB. | Computer Related Services | - | - |
| AC. | Health Care Claims | 339,148 | 339,148 |
| **6. TOTAL DISBURSEMENTS (Sum of 5A thru W)** | | 640,603 | 772,681 |
| | | | |
| **7. ENDING BALANCE (Line 4 Minus Line 6)** | | 4,734,219  (c) | 4,734,219 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This 23rd day of March, 2010.          /s/ Don Helms

(Signature)

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b) This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.

(c) These two amounts will always be the same if form is completed correctly.

Case 09-13998-M   Document 284   Filed in USBC ND/OK on 03/25/10   Page 4 of 54

## MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)

### Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt. Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Credit Card Receipts | $ - | $ - |
| | $ - | $ - |
| | $ - | $ - |
| | $ - | $ - |
| | $ - | $ - |
| | $ - | $ - |
| | $ - | $ - |
| TOTAL OTHER RECEIPTS | $ - | $ - |

"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.). Please describe below:

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement. Write totals on Page MOR-2, Line 5W.

| Description | | Current Month | Cumulative Petition to Date |
|---|---|---|---|
| | | $ - | $ - |
| T. Rowe Price | Retirement Plan Payments | $ 59,782.09 | $ 109,123.30 |
| ADP | Flex Plan Reimbursements | $ 5,255.87 | $ 9,128.27 |
| See Disbursement Detail for Bank Acct. 43000522 | | | $ 61,609.22 |
| COMMERCE BANK - COMMERCIAL CARDS | | $ 74,617.17 | $ 74,617.17 |
| CSC | | $ 3,478.75 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | $ - | $ - |
| | | $ - | $ - |
| | | $ - | $ - |
| | | $ - | $ - |
| | | $ - | $ - |
| TOTAL OTHER DISBURSEMENTS | | $ 143,133.88 | $ 254,477.96 |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

**Ramsey Industries**
(Debtor in Possession)
Balance Sheet
February 28, 2010

| | |
|---|---:|
| Assets | |
| Current Assets | |
|    Cash | 4,735,018 |
|    Accounts receivable, net | - |
|    Inventory | |
|    Other current assets | 5,208,979 |
|      Total current assets | 9,943,997 |
| Property, plant and equipment, net | |
| Interco | 47,341,335 |
| Other Assets | 107,541,826 |
| Goodwill | |
|     Total Assets | 164,827,158 |
| | |
| Liabilities and Shareholders' Deficit | |
| Liabilities Not Subject to Compromise Liabilities: | |
|    Short-term borrowings | |
|    Accounts payable--trade | - |
|    Other liabilities | 607,153 |
|      Total liabilities no subject to Compromise | 607,153 |
| | |
| Liabilities Subject to Compromise | 5,917,410 (a) |
| | |
| Other Liabilities subject to Compromise (Other) | 119,865,214 (b) |
| Total Liabilities | 126,389,777 |
| Shareholders' (deficit) | |
|    Preferred stock | |
|    Common stock | 1,532,200 |
|    Retained earnings (deficit) | 36,905,181 |
| | |
|     Total Liabilities & Shareholders' (Deficit) | 164,827,158 |
| | - |
| (a) Liabilities subject to compromise consist of the following: | |
| Trade Accounts Payable | 313,735 |
| Curr Part Term Loan A | 564,340 |
| TOTAL Accrued Payroll Liabilities | 176,214 |
| TOTAL Accrued Interest Payable | 3,742,815 |
| TOTAL Accrued Expense | 915,496 |
| TOTAL Curr Part Rabbi Trust MSP Laib. | 246,444 |
| TOTAL Estimated Income Taxes | (41,634) |
| | 5,917,410 |
| | |
| (b) Other Liabilities subject to Compromise (Other) | |
| TOTAL LONG-TERM DEBT | 94,098,103 |
| Total Deferred Taxes Long-term | 21,073,537 |
| TOTAL Benefit Obligations | 1,084,823 |
| TOTAL L-T Rabbi Trust MSP Liab. | 957,209 |
| Derivative Libility FMV | 2,651,542 |
| | 119,865,214 |

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF

| | | |
|---|---|---|
| IN RE: | } | CASE NUMBER |
| Auto Crane, Inc. | } | 09-14002-M |
| | } | |
| | } | |
| DEBTOR(S). | } | CHAPTER 11 |

### DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

**FOR THE PERIOD**

FROM    December 18, 2009          TO          December 31, 2009

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

_____
Attorney for Debtor's Signature
Sarah Goss Powers

Debtor's Address
and Phone Number:

Auto Crane Company

4707 North Mingo Road

Tulsa, OK  74117

918-438-2760

Attorney's Address
and Phone Number:

GableGotwals, P.C.

1100 ONEOK PLAZA
100 West Fifth Street
Tulsa, OK  74103

918-595-4800

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee Office.  Monthly Operating Reports must be filed by the 15th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program Website, http://www.usdoj.gov/ust/r20/Region_20.htm.
1)       Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2)       Initial Filing Requirements
3)       Frequently Asked Questions (FAQs)