Eskridge, Inc.
Income Statement Actual Month - January, 2010
January 30, 2010

|  |  | Actual $ | Actual % |
|---|---|---:|---:|
|  |  |  |  |
| **Gross Sales** |  | 1,020,407 |  |
| Sales Discounts |  | 10 | 0.00% |
| Sales Returns |  | 0 | 0.00% |
| **NET SALES** |  | 1,020,397 |  |
|  |  |  |  |
| **VARIABLE MFG EXPENSES** |  |  |  |
|  | Material | 427,380 | 41.88% |
|  | Labor | 54,904 | 5.38% |
|  | Burden | 54,533 | 5.34% |
|  | Warranty | 0 | 0.00% |
|  | Other (prod. Variances) | 47,222 | 4.63% |
| **TOTAL VAR MFG EXPS** |  | 584,039 | 57.24% |
|  |  |  |  |
| **VARIABLE MARGIN ($)** |  | 436,358 | 42.76% |
|  |  |  |  |
| **FIXED MFG EXPENSES** |  |  |  |
|  | Wage & Fringe | 73,309 | 7.18% |
|  | Fixed Supplies | 41,220 | 4.04% |
|  | Utilities | 6,901 | 0.68% |
|  | Depreciation | 95,625 | 9.37% |
|  | Freight In | 0 | 0.00% |
|  | Other Fixed Exp. | 0 | 0.00% |
|  | Inventory Reserves | 0 | 0.00% |
| **TOTAL FIXED MFG EXPS** |  | 217,055 | 21.27% |
|  |  |  |  |
| **TOTAL COST OF GOODS SOLD** |  | 801,094 | 78.51% |
| **GROSS MARGIN** |  | 219,303 | 21.49% |
|  |  |  |  |
| **OPERATING EXPENSES** |  |  |  |
|  | Variable Selling (Comm) | 3,810 | 0.37% |
|  | Engineering | 22,940 | 2.25% |
|  | Sales | 31,477 | 3.08% |
|  | Marketing | 0 | 0.00% |
|  | Finance | 14,617 | 1.43% |
|  | MIS | 27,763 | 2.72% |
|  | Admin. & Executive | 31,488 | 3.09% |
|  | Legal | 0 | 0.00% |
|  | Human Resources | 10,868 | 1.07% |
|  | Depreciation Exp. | 4,626 | 0.45% |
|  | Amortization Exp. | 48,207 | 4.72% |
|  | Other | 35,904 | 3.52% |
| **TOTAL OPERATING EXPS** |  | 231,700 | 22.71% |
|  |  |  |  |
| **OPERATING INCOME** |  | (12,397) | -1.21% |
|  |  |  |  |
| Interest Expense [Net] |  | 0 | 0.00% |
| Other <Income> Expense |  | 0 | 0.00% |
|  |  |  |  |
| **NET INCOME BEFORE TAX** |  | (12,397) | -1.21% |
| Provision for Inc. Tax |  | (8,264) | -0.81% |
| **NET INCOME** |  | (4,133) | -0.41% |
|  |  |  |  |
| **EBITDA** |  |  |  |
| Net Income (Loss) |  | (4,133) | -0.41% |
|  | Interest | 0 | 0.00% |
|  | Taxes | (8,264) | -0.81% |
|  | Depreciation | 100,251 | 9.82% |
|  | Amortization | 48,207 | 4.72% |
|  | Other | 0 | 0.00% |
| **EBITDA** |  | 136,081 | 13.33% |
|  |  |  |  |
| **One-Time Restructuring Costs** |  |  |  |
| Severance & Other One-time |  | 0 | 0.00% |
| Facility Consolidation |  | 0 | 0.00% |
| Professional Fees |  | 38,560 | 3.78% |
| **EBITDAR** |  | 174,621 | 17.11% |

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF THE NORTHERN DISTRICT OF OKLAHOMA

| IN RE: | } | CASE NUMBER: |
| | } | |
| Eskridge, Inc. | } | 09-14001-M |
| | } | |
| | } | |
| DEBTOR(S). | } | CHAPTER 11 |

DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)
FOR THE PERIOD

FROM ___February 1, 2010___   TO _February 28, 2010_____

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the
Guidelines established by the United States Trustee and FRBP 2015.


_____
Sarah G. Powers


Debtor's Address
and Phone Number:

__Eskridge, Inc._____

__4707 North Mingo Road_____

__Tulsa, OK  74117_____

__918-438-2760_____

_____

Attorney's Address
and Phone Number:

___GableGotwals_____

___1100 ONEOK PLAZA_____

___100 West Fifth Street_____

___Tulsa, OK  74103_____

___918-595-4800_____

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously
provided to the United States Trustee Office.  Monthly Operating Reports must be filed by the 21st day of
the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United
States Trustee Program Website, http://www.justice.gov/ust/r20/index.htm.
1)      Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2)      Initial Filing Requirements
3)      Frequently Asked Questions (FAQs)


{863734;}

| CASE NAME: Eskridge, Inc. |
|---|
| CASE NUMBER: 09-14001-M |
| JUDGE: Terrence L. Michael |

**ACCRUAL BASIS**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OKLAHOMA

### MONTHLY OPERATING REPORT
### MONTH ENDING FEBRUARY 28, 2010

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE. THE DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY) IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

**RESPONSIBLE PARTY:**

_/s/ Don Helms_              _Chief Financial Officer_
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY      TITLE

PRINTED NAME:   Don Helms
ADDRESS:      4707 N. Mingo Road       3/24/2010
                 Tulsa, OK 74117           DATE
TELEPHONE NO.    918-234-2119

**PREPARER:**

_/s/ J. Bill Koehler_            _Bankruptcy Accountant_
ORIGINAL SIGNATURE OF PREPARER       TITLE

PRINTED NAME:   J. Bill Koehler
ADDRESS:      6202 S. Lewis, Suite F      3/24/2010
                 Tulsa, OK 74136           DATE
TELEPHONE NO.   918-748-9494

{858560;}

Case 09-13998-M   Document 282   Filed in USBC ND/OK on 03/25/10   Page 3 of 37

**SCHEDULE OF RECEIPTS AND DISBURSEMENTS**
For the Period Beginning January 31, 2010 and Ending February 27, 2010

| | | | | CURRENT MONTH | | CUMULATIVE PETITION TO DATE |
|---|---|---|---|---|---|---|
| Name of Debtor: | Eskridge, Inc. | | Case Number | | 09-14001-M | |
| Date of Petition: | December 18, 2009 | | | | | |
| 1. | FUNDS AT BEGINNING OF PERIOD | | | $ 78,845.92 (a) | | $ 202,676.04 |
| 2. | RECEIPTS: | | | | | |
| | A | Cash Sales | | $ - | | $ - |
| | | Minus: Cash Refunds | | (-) $ - | | $ - |
| | | Net Cash Sales | | $ - | | $ - |
| | B | Accounts Receivable | | $ 541,283.00 | | $ 1,585,225.36 |
| | C | Other Receipts *(See MOR-3)* | | $ 2,207.97 | | $ 4,482.94 |
| | | (If you receive rental income, you must attach a rent roll.) | | | | |
| 3. | TOTAL RECEIPTS *(Lines 2A+2B+2C)* | | | $ 543,490.97 | | $ 1,589,708.30 |
| 4. | TOTAL FUNDS AVAILABLE FOR OPERATIONS | | | $ 622,336.89 | | $ 1,792,284.34 |
| 5. | DISBURSEMENTS | | | | | |
| | A. | Advertising | | $ - | | $ - |
| | B. | Bank Charges | | $ - | | $ 252.65 |
| | C. | Contract Labor | | $ 8,183.87 | | $ 13,330.87 |
| | D. | Fixed Asset Payments (not incl. in "N") | | $ - | | $ - |
| | E. | Insurance | | $ 4,535.77 | | $ 13,278.23 |
| | F. | Inventory Payments *(See Attach. 2)* | | $ 518,068.25 | | $ 1,115,758.53 |
| | G. | Leases | | $ - | | $ - |
| | H. | Manufacturing Supplies | | $ 18,634.87 | | $ 21,364.87 |
| | I. | Office Supplies | | $ 3,459.01 | | $ 3,459.01 |
| | J. | Payroll - Net *(See Attachment 4B)* | | $ 115,434.21 | | $ 281,425.71 |
| | K. | Professional Fees (Accounting & Legal) | | $ - | | $ - |
| | L. | Rent | | $ - | | $ 72,526.12 |
| | M. | Repairs & Maintenance | | $ 2,170.26 | | $ 2,461.26 |
| | N. | Secured Creditor Payments *(See Attach. 2)* | | $ - | | $ - |
| | O. | Taxes Paid - Payroll *(See Attachment 5C)* | | $ 66,044.79 | | $ 142,015.68 |
| | P. | Taxes Paid - Sales & Use *(See Attachment 5C)* | | $ - | | $ - |
| | Q. | Taxes Paid - Other *(See Attachment 5C)* | | $ - | | $ - |
| | R. | Telephone | | $ 1,061.56 | | $ 1,061.56 |
| | S. | Travel & Entertainment | | $ - | | $ - |
| | Y. | U.S. Trustee Quarterly Fees | | $ 1,625.00 | | $ 1,625.00 |
| | U. | Utilities | | $ 18,456.42 | | $ 40,839.42 |
| | V. | Vehicle Expenses | | $ - | | $ - |
| | W. | Other Operating Expenses *(See MOR-3)* | | $ - | | $ - |
| | X. | Transportation | | $ 18,057.48 | | $ 19,016.60 |
| | Z. | Employee Expense Account Reimbursement | | $ 12,157.19 | | $ 13,001.64 |
| | AA. | Outside Sales Reps | | $ - | | $ - |
| | AB. | Computer Related Services | | $ 12,815.20 | | $ 12,815.20 |
| 6. | TOTAL DISBURSEMENTS *(Sum of 5A thru W)* | | | $ 799,703.66 | | $ 1,754,232.35 |
| | | Transfers to Main Disbursement Account | | $ (543,181.70) | | $ (1,595,194.74) |
| | | Transfers From Main Disbursement Account | | $ 756,376.98 | | $ 1,591,970.06 |
| 7. | ENDING BALANCE *(Line 4 Minus Line 6)* | | | $ 34,827.31 (c) | | $ 34,827.31 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This 23rd day of March, 2010.                    /s/ Don Helms
                                                     (Signature)

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b)This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.

(c)These two amounts will always be the same if form is completed correctly.

MOR-2

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS** (cont'd)

**Detail of Other Receipts and Other Disbursements**

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt. Write totals on Page MOR-2, Line 2C.

| Description | Current Month | | Cumulative Petition to Date | |
|---|---|---|---|---|
| Scrap metal sales & COBRA payments | $ | 2,207.97 | $ | 4,482.94 |
| | $ | - | $ | - |
| | $ | - | $ | - |
| | $ | - | $ | - |
| | $ | - | $ | - |
| | $ | - | $ | - |
| | $ | - | $ | - |
| TOTAL OTHER RECEIPTS | $ | 2,207.97 | $ | 4,482.94 |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.). Please describe below:**

| Loan Amount | Source  of Funds | Purpose | Repayment Schedul( |
|---|---|---|---|
| None | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement. Write totals on Page MOR-2, Line 5W.

| Description | Current Month | | Cumulative Petition to Date | |
|---|---|---|---|---|
| | $ | - | $ | - |
| | $ | - | $ | - |
| | $ | - | $ | - |
| | $ | - | $ | - |
| | $ | - | $ | - |
| | $ | - | $ | - |
| | $ | - | $ | - |
| TOTAL OTHER DISBURSEMENTS | $ | - | $ | - |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

**Eskridge, Inc.**
(Debtor in Possession)
Balance Sheet
February 28, 2010

| | | $ |
|---|---|---:|
| **Assets** | | |
| **Current Assets** | | |
| Cash | | 41,683 |
| Accounts receivable, net | | 2,598,876 |
| Allowance -Accounts receivable | | (10,000) |
| Inventory | | 2,445,511 |
| Reserve- Inventory | | (118,891) |
| Other current assets | | 944,789 |
| Total current assets | | 5,901,968 |
| Property, plant and equipment, net | | 2,241,729 |
| Interco | | 6,774,394 |
| Other Assets | | |
| Goodwill | | 3,514,423 |
| Total Assets | | 18,432,514 |

| | | $ |
|---|---|---:|
| **Liabilities and Shareholders' Deficit** | | |
| **Liabilities Not Subject to Compromise:** | | |
| Short-term borrowings | | |
| Accounts payable--trade | | 260,117 |
| Other liabilities and accruals | | (4,915) |
| Total  Liabilities Not Subject to Compromise | | 255,202 |
| | | |
| **Liabilities Subject to Compromise:** | | |
| Trade Creditors & Other | | 1,052,379 |
| Intercompany Payable | | 18,934,301 |
| Other Liabilities subject to Compromise | | (129,650) (a) |
| Total Liabilities Subject to Compromise | | 19,857,030 |
| **Shareholders' (deficit)** | | |
| Preferred stock | | |
| Common stock | | - |
| Retained earnings (deficit) | | (1,679,719) |
| | | |
| Total Liabilities & Shareholders' (Deficit) | | 18,432,514 |
| | | - |

| | | |
|---|---|---:|
| (a) Liabilities subject to compromise consist of the following: | | |
| Accrued Liabilities | | 37,906 |
| Accrued Expenses | | 223,876 |
| Income Tax | | (391,432) |
| Total | | (129,650) |

**Eskridge, Inc.**
**PRELIMINARY Income Statement Actual Month - February, 2010**
**February 27, 2010**

|  | Prelim. Actual | |
|---|---:|---:|
|  | $ | % |
| Gross Sales | 1,195,616 | |
| Sales Discounts | 0 | 0.00% |
| Sales Returns | 0 | 0.00% |
| **NET SALES** | **1,195,616** | |
|  | | |
| VARIABLE MFG EXPENSES | | |
| Material | 513,467 | 42.95% |
| Labor | 70,325 | 5.88% |
| Burden | 53,970 | 4.51% |
| Warranty | 0 | 0.00% |
| Other (prod. Variances) | 55,314 | 4.63% |
| **TOTAL VAR MFG EXPS** | **693,076** | **57.97%** |
|  | | |
| **VARIABLE MARGIN ($)** | **502,540** | **42.03%** |
|  | | |
| FIXED MFG EXPENSES | | |
| Wage & Fringe | 63,329 | 5.30% |
| Fixed Supplies | 41,241 | 3.45% |
| Utilities | 7,900 | 0.66% |
| Depreciation | 92,295 | 7.72% |
| Freight In | 0 | 0.00% |
| Other Fixed Exp. | 0 | 0.00% |
| Inventory Reserves | 7,000 | 0.59% |
| **TOTAL FIXED MFG EXPS** | **211,765** | **17.71%** |
|  | | |
| **TOTAL COST OF GOODS SOLD** | **904,841** | **75.68%** |
| **GROSS MARGIN** | **290,775** | **24.32%** |
|  | | |
| OPERATING EXPENSES | | |
| Variable Selling (Comm) | 3,405 | 0.28% |
| Engineering | 24,808 | 2.07% |
| Sales | 33,883 | 2.83% |
| Marketing | 0 | 0.00% |
| Finance | 24,808 | 2.07% |
| MIS | 17,691 | 1.48% |
| Admin. & Executive | 49,744 | 4.16% |
| Legal | 0 | 0.00% |
| Human Resources | 9,841 | 0.82% |
| Depreciation Exp. | 309 | 0.03% |
| Amortization Exp. | 48,207 | 4.03% |
| Other | 38,788 | 3.24% |
| **TOTAL OPERATING EXPS** | **251,484** | **21.03%** |
|  | | |
| **OPERATING INCOME** | **39,291** | **3.29%** |

| | | |
|---|---:|---:|
| Interest Expense [Net] | 0 | 0.00% |
| Other <Income> Expense | 0 | 0.00% |
| | | |
| **NET INCOME BEFORE TAX** | **39,291** | **3.29%** |
| Provision for Inc. Tax | 14,998 | 1.25% |
| **NET INCOME** | **24,293** | **2.03%** |
| | | |
| EBITDA | | |
| Net Income (Loss) | 24,293 | 2.03% |
| Interest | 0 | 0.00% |
| Taxes | 14,998 | 1.25% |
| Depreciation | 92,604 | 7.75% |
| Amortization | 48,207 | 4.03% |
| Other | 0 | 0.00% |
| **EBITDA** | **180,102** | **15.06%** |
| | | |
| **One-Time Restructuring Costs** | | |
| Other One-time | 0 | 0.00% |
| Facilitly Consolidation | 0 | 0.00% |
| Professional Fees | 39,000 | 3.26% |
| **EBITDAR** | **219,102** | **18.33%** |

## UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF

| | | |
|---|---|---|
| IN RE:<br>Ramsey Winch Company | }<br>}<br>}<br>} | CASE NUMBER<br><u>09-14000-M</u> |
| DEBTOR(S). | } | CHAPTER 11 |

### DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

### FOR THE PERIOD

FROM   <u>December 18, 2009</u>   TO   <u>December 31, 2009</u>

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Attorney for Debtor's Signature
Sarah G. Powers

Debtor's Address
and Phone Number:

<u>Ramsey Winch Company</u>

<u>4707 North Mingo Road</u>

<u>Tulsa, OK  74117</u>

<u>918-438-2760</u>

Attorney's Address
and Phone Number:

GableGotwals, P.C.

1100 ONEOK PLAZA
100 West Fifth Street
Tulsa, OK  74103

918-595-4800

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee Office.  Monthly Operating Reports must be filed by the 15th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program Website, http://www.usdoj.gov/ust/r20/Region_20.htm.

1)      Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2)      Initial Filing Requirements
3)      Frequently Asked Questions (FAQs)

| CASE NAME: Ramsey Winch Company |
|---|
| CASE NUMBER: 09-14000-M |
| JUDGE: Terrence L. Michael |

**ACCRUAL BASIS**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OKLAHOMA

## MONTHLY OPERATING REPORT
## MONTH ENDING DECEMBER 31, 2009

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE. THE DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY) IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

**RESPONSIBLE PARTY:**

_/s/ Don Helms_                           Chief Financial Officer
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY      TITLE

PRINTED NAME:    Don Helms
ADDRESS:          4707 N. Mingo Road               2/5/2010
                    Tulsa, OK 74117                  DATE
TELEPHONE NO.     918-234-2119

**PREPARER:**

_/s/ J. Bill Koehler_                       Bankruptcy Accountant
ORIGINAL SIGNATURE OF PREPARER             TITLE

PRINTED NAME:    J. Bill Koehler
ADDRESS:          6202 S. Lewis, Suite F             2/5/2010
                    Tulsa, OK 74136                  DATE
TELEPHONE NO.   918-748-9494

{858591;}

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### For the Period Beginning December 19, 2009 and Ending December 31, 2009

| | | | |
|---|---|---|---|
| Name of Debtor: | Ramsey Winch Company | Case Number | 09-14000-M |
| Date of Petition: | December 18, 2009 | | |

| | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| **1. FUNDS AT BEGINNING OF PERIOD** | $ 166,865.65 (a) | $ 166,865.65 |
| **2. RECEIPTS:** | | |
| A Cash Sales | $ - | $ - |
| Minus: Cash Refunds | (-) $ - | $ - |
| Net Cash Sales | $ - | $ - |
| B Accounts Receivable | $ 429,759.06 | $ 429,759.06 |
| C Other Receipts (See MOR-3) | $ - | $ |
| (If you receive rental income, you must attach a rent roll.) | | |
| **3. TOTAL RECEIPTS (Lines 2A+2B+2C)** | $ 429,759.06 | $ 429,759.06 |
| **4. TOTAL FUNDS AVAILABLE FOR OPERATIONS** | $ 596,624.71 | $ 596,624.71 |
| **5. DISBURSEMENTS** | | |
| A. Advertising | $ - | $ - |
| B. Bank Charges | $ - | $ - |
| C. Contract Labor | $ 2,900.00 | $ 2,900.00 |
| D. Fixed Asset Payments (not incl. in "N") | $ - | $ - |
| E. Insurance | $ 367.86 | $ 367.86 |
| F. Inventory Payments (See Attach. 2) | $ 100,268.42 | $ 100,268.42 |
| G. Leases | $ - | $ - |
| H. Manufacturing Supplies | $ - | $ - |
| I. Office Supplies | $ - | $ - |
| J. Payroll - Net (See Attachment 4B) | $ 127,988.11 | $ 127,988.11 |
| K. Professional Fees (Accounting & Legal) | $ - | $ - |
| L. Rent | $ - | $ - |
| M. Repairs & Maintenance | $ - | $ - |
| N. Secured Creditor Payments (See Attach. 2) | $ - | $ - |
| O. Taxes Paid - Payroll (See Attachment 4C) | $ 47,985.34 | $ 47,985.34 |
| P. Taxes Paid - Sales & Use (See Attachment 4C) | $ - | $ - |
| Q. Taxes Paid - Other (See Attachment 4C) | $ - | $ - |
| R. Telephone | $ - | $ - |
| S. Travel & Entertainment | $ - | $ - |
| Y. U.S. Trustee Quarterly Fees | $ - | $ - |
| U. Utilities | $ - | $ - |
| V. Vehicle Expenses | $ - | $ - |
| W. Other Operating Expenses (See MOR-3) | $ 17,427.46 | $ 17,427.46 |
| X. Transportation | $ - | $ - |
| Z. Employee Expense Account Reimbursement | $ - | $ - |
| AA. Outside Sales Reps | $ 11,270.32 | $ 11,270.32 |
| AB. Computer Related Services | $ - | $ - |
| **6. TOTAL DISBURSEMENTS (Sum of 5A thru W)** | $ 308,207.51 | $ 308,207.51 |
| Transfers to Main Disbursement Account | $ (408,874.94) | $ (408,874.94) |
| Transfers From Main Disbursement Account | $ 295,559.65 | $ 295,559.65 |
| Credit Card Receipts retained by Ramsey Industries, Inc. | | |
| **7. ENDING BALANCE (Line 4 Minus Line 6)** | $ 175,101.91 (c) | $ 175,101.91 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This 4th day of February, 2010.          /s/ Don Heims

                                          (Signature)

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b)This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.

(c)These two amounts will always be the same if form is completed correctly.

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)**

**Detail of Other Receipts and Other Disbursements**

**OTHER RECEIPTS:**
Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| | $ - | $ - |
| | $ - | $ - |
| | $ - | $ - |
| | $ - | $ - |
| | $ - | $ - |
| | $ - | $ - |
| | $ - | $ - |
| **TOTAL OTHER RECEIPTS** | $ - | $ - |

**"Other Receipts"** includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | | Current Month | Cumulative Petition to Date |
|---|---|---|---|
| LOCK MANAGEMENT | Outside sales rep | $ 17,427.46 | $ 17,427.46 |
| | | $ - | $ - |
| | | $ - | $ - |
| | | $ - | $ - |
| | | $ - | $ - |
| | | $ - | $ - |
| | | $ - | $ - |
| **TOTAL OTHER DISBURSEMENTS** | | $ 17,427.46 | $ 17,427.46 |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

**Ramsey Winch**
**(Debtor in Possession)**
**Balance Sheet**
**December 31, 2009**

| Assets | | $ |
|---|---|---|
| Current Assets | | |
| Cash | $ | 220,847 |
| Accounts receivable | | 2,189,080 |
| Allowance -Accounts receivable | | (159,047) |
| Inventory | | 4,555,299 |
| Reserve- Inventory | | (596,111) |
| Other current assets | | 515,368 |
| Total current assets | | 6,725,436 |
| Property, plant and equipment, net | | 4,409,951 |
| Interco | | (15,360,583) |
| Other Assets | | |
| Goodwill | | |
| Total Assets | $ | (4,225,196) |

| Liabilities and Shareholders' Deficit | $ |
|---|---|
| Liabilities Not Subject to Compromise Current Liabilities: | |
| Short-term borrowings | |
| Accounts payable–trade | 105,872 |
| Other liabilities | (546,844) |
| Total current liabilities | (440,972) |
| Liabilities Subject to Compromise (Current) | (1,002,502) |
| | (1,443,474) |
| Other Liabilities subject to Compromise (Other) | 4,138,997 |
| Total Liabilities | 2,695,523 |
| Shareholders' (deficit) | |
| Preferred stock | |
| Common stock | |
| Retained earnings (deficit) | (6,920,720) |
| Total Liabilities & Shareholders' (Deficit) | $ (4,225,197) |

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF THE NORTHERN DISTRICT OF OKLAHOMA

IN RE:                              }       CASE NUMBER:
                                    }
Ramsey Winch Company                }       09-14000-M
                                    }
                                    }
DEBTOR(S).                          }       CHAPTER 11

DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)
FOR THE PERIOD

FROM   January 1, 2010          TO  January 30, 2010

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the
Guidelines established by the United States Trustee and FRBP 2015.

Sarah G. Powers

Debtor's Address                            Attorney's Address
and Phone Number:                           and Phone Number:

  Ramsey Winch Company                        GableGotwals

  4707 North Mingo Road                       1100 ONEOK PLAZA

  Tulsa, OK  74117                            100 West Fifth Street

  918-438-2760                                Tulsa, OK  74103

                                              918-595-4800

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously
provided to the United States Trustee Office.  Monthly Operating Reports must be filed by the 21st day of
the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United
States Trustee Program Website, http://www.justice.gov/ust/r20/index.htm.
1)      Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2)      Initial Filing Requirements
3)      Frequently Asked Questions (FAQs)

{863728;}

| CASE NAME: Ramsey Winch Company |
| CASE NUMBER: 09-14000-M |
| JUDGE: Terrence L. Michael |

**ACCRUAL BASIS**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OKLAHOMA

### MONTHLY OPERATING REPORT
### MONTH ENDING DECEMBER 31, 2009

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE. THE DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY) IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

**RESPONSIBLE PARTY:**

_/s/ Don Helms_                                           Chief Financial Officer
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY            TITLE

PRINTED NAME:    Don Helms
ADDRESS:         4707 N. Mingo Road                       3/01/2010
                 Tulsa, OK 74117                          DATE
TELEPHONE NO.    918-234-2119


**PREPARER:**

_/s/ J. Bill Koehler_                                     Bankruptcy Accountant
ORIGINAL SIGNATURE OF PREPARER                     TITLE

PRINTED NAME:    J. Bill Koehler
ADDRESS:         6202 S. Lewis, Suite F                   3/01/2010
                 Tulsa, OK 74136                          DATE
TELEPHONE NO.    918-748-9494

{858559;}

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### For the Period Beginning January 1, 2010 and Ending January 30, 2010

Name of Debtor: Ramsey Winch Company  
Date of Petition: December 18, 2009  

Case Number: 09-14000-M

| | | CURRENT MONTH | | CUMULATIVE PETITION TO DATE |
|---|---|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | $ | 175,101.91 (a) | $ | 166,865.65 |
| **2. RECEIPTS:** | | | | |
| A Cash Sales | $ | - | $ | - |
| Minus: Cash Refunds | (-) $ | - | $ | - |
| Net Cash Sales | $ | - | $ | - |
| B Accounts Receivable | $ | 735,133.13 | $ | 1,164,892.19 |
| C Other Receipts (See MOR-3) | $ | 12,000.35 | $ | 12,000.35 |
| (If you receive rental income, you must attach a rent roll.) | | | | |
| 3. TOTAL RECEIPTS (Lines 2A+2B+2C) | $ | 747,133.48 | $ | 1,176,892.54 |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS | $ | 922,235.39 | $ | 1,343,758.19 |
| **5. DISBURSEMENTS** | | | | |
| A. Advertising | $ | 9,887.65 | $ | 9,887.65 |
| B. Bank Charges | $ | - | $ | - |
| C. Contract Labor | $ | 31,321.67 | $ | 34,221.67 |
| D. Fixed Asset Payments (not incl. in "N") | $ | - | $ | - |
| E. Insurance | $ | 20,685.50 | $ | 21,053.36 |
| F. Inventory Payments (See Attach. 2) | $ | 518,392.78 | $ | 618,661.20 |
| G. Leases | $ | 9,347.80 | $ | 9,347.80 |
| H. Manufacturing Supplies | $ | 6,222.35 | $ | 6,222.35 |
| I. Office Supplies | $ | 1,728.43 | $ | 1,728.43 |
| J. Payroll - Net (See Attachment 4B) | $ | 256,849.27 | $ | 384,837.38 |
| K. Professional Fees (Accounting & Legal) | $ | - | $ | - |
| L. Rent | $ | - | $ | - |
| M. Repairs & Maintenance | $ | 3,529.33 | $ | 3,529.33 |
| N. Secured Creditor Payments (See Attach. 2) | $ | - | $ | - |
| O. Taxes Paid - Payroll (See Attachment 4C) | $ | 106,771.20 | $ | 154,756.54 |
| P. Taxes Paid - Sales & Use (See Attachment 4C) | $ | - | $ | - |
| Q. Taxes Paid - Other (See Attachment 4C) | $ | - | $ | - |
| R. Telephone | $ | 65.00 | $ | 65.00 |
| S. Travel & Entertainment | $ | 512.50 | $ | 512.50 |
| Y. U.S. Trustee Quarterly Fees | $ | - | $ | - |
| U. Utilities | $ | 5,102.27 | $ | 5,102.27 |
| V. Vehicle Expenses | $ | - | $ | - |
| W. Other Operating Expenses (See MOR-3) | $ | - | $ | 17,427.46 |
| X. Transportation | $ | 32,221.96 | $ | 32,221.96 |
| Z. Employee Expense Account Reimbursement | $ | 7,614.87 | $ | 7,614.87 |
| AA. Outside Sales Reps | $ | 42,813.10 | $ | 54,083.42 |
| AB. Computer Related Services | $ | 11,267.51 | $ | 11,267.51 |
| 6. TOTAL DISBURSEMENTS (Sum of 5A thru W) | $ | 1,064,333.19 | $ | 1,372,540.70 |
| Transfers to Main Disbursement Account | $ | (747,133.48) | $ | (1,156,008.42) |
| Transfers From Main Disbursement Account | $ | 1,028,325.29 | $ | 1,323,884.94 |
| Credit Card Receipts retained by Ramsey Industries, Inc. | | | | |
| 7. ENDING BALANCE (Line 4 Minus Line 6) | $ | 139,094.01 ( c) | $ | 139,094.01 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This 25th day of February, 2010.        /s/ Don Helms

(Signature)

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.  
(b)This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.  
(c)These two amounts will always be the same if form is completed correctly.

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)**

**Detail of Other Receipts and Other Disbursements**

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Misc. consisting of COBRA, scrap metal sales, etc. | $ 12,000.35 | $ 12,000.35 |
| | $ - | $ - |
| | $ - | $ - |
| | $ - | $ - |
| | $ - | $ - |
| | $ - | $ - |
| | $ - | $ - |
| TOTAL OTHER RECEIPTS | $ 12,000.35 | $ 12,000.35 |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:**

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| LOCK MANAGEMENT          Outside sales rep | | $ 17,427.46 |
| | $ - | $ - |
| | $ - | $ - |
| | $ - | $ - |
| | $ - | $ - |
| | $ - | $ - |
| | $ - | $ - |
| | $ - | $ - |
| TOTAL OTHER DISBURSEMENTS | $ - | $ 17,427.46 |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

**Ramsey Winch Company**
(Debtor in Possession)
Balance Sheet
January 30, 2010

| Assets | **Balance** |
|---|---|
| Current Assets | |
| Cash | 162,554.00 |
| Accounts receivable | 2,833,635.00 |
| Allowance -Accounts receivable | (164,047.00) |
| Inventory | 4,595,196.00 |
| Reserve- Inventory | (604,510.00) |
| Other current assets | 535,660.00 |
| Total current assets | 7,358,488.00 |
| Property, plant and equipment, net | 4,327,563.00 |
| Interco | - |
| Other Assets | |
| Goodwill | |
| Total Assets | 11,686,051.00 |

| Liabilities and Shareholders' Deficit | |
|---|---|
| Liabilities Not Subject to Compromise: | |
| Short-term borrowings | - |
| Accounts payable–trade | 572,368.15 |
| Other Liabilities & Accruals | 12,826.96 |
| Total  Liabilities Not Subject to Compromise | 585,195.11 |
| | |
| Liabilities Subject to Compromise: | |
| Trade Creditors & Other | (1,634,282.11) |
| Intercompany Payable | 15,734,772.00 |
| Other Liabilities subject to Compromise | 4,120,937.00 |
| Total Liabilities Subject to Compromise | 18,221,426.89 |
| Shareholders' (deficit) | |
| Preferred stock | |
| Common stock | |
| Retained earnings (deficit) | (7,120,571.00) |
| | |
| Total Liabilities & Shareholders' (Deficit) | 11,686,051.00 |

| (a) Liabilities subject to compromise consist of the following: | |
|---|---|
| Accounts Payable | 1,568,214.85 |
| Accrued Liabilities | 141,178.25 |
| Accrued Expenses | 146,569.79 |
| Income Tax | (3,490,245.00) |
| Total | (1,634,282.11) |

| (b) Liabilities subject to compromise consist of the following: | |
|---|---|
| Pension Liability - Admin | 4,120,937.00 |

**Ramsey Winch Company**
**Income Statement Actual Month - January, 2010**
**January 30, 2010**

| | Actual | |
|---|---|---|
| | $ | % |
| Gross Sales | 1,508,789 | |
| Sales Discounts | 3,712 | -0.25% |
| Sales Returns | 15,841 | 1.05% |
| **NET SALES** | **1,489,236** | |
| | | |
| **VARIABLE MFG EXPENSES** | | |
| Material | 670,247 | 45.01% |
| Labor | 111,916 | 7.51% |
| Burden | 89,240 | 5.99% |
| Warranty | 12,029 | 0.81% |
| Other (prod. Variances) | (19,416) | -1.30% |
| **TOTAL VAR MFG EXPS** | **864,016** | **58.02%** |
| | | |
| **VARIABLE MARGIN ($)** | **625,220** | **41.98%** |
| | | |
| **FIXED MFG EXPENSES** | | |
| Wage & Fringe | 89,551 | 6.01% |
| Fixed Supplies | 10,335 | 0.69% |
| Utilities | 15,157 | 1.02% |
| Depreciation | 64,322 | 4.32% |
| Freight In | 20,144 | 1.35% |
| Other Fixed Exp. | 10,270 | 0.69% |
| Inventory Reserves | 11,800 | 0.79% |
| **TOTAL FIXED MFG EXPS** | **221,579** | **14.88%** |
| | | |
| **TOTAL COST OF GOODS SOLD** | 1,085,595 | 72.90% |
| **GROSS MARGIN** | **403,641** | **27.10%** |
| | | |
| **OPERATING EXPENSES** | | |
| Variable Selling (Comm) | 12,378 | 0.83% |
| Engineering | 41,350 | 2.78% |
| Sales | 73,876 | 4.96% |
| Marketing | 53,097 | 3.57% |
| Finance | 29,385 | 1.97% |
| MIS | 18,164 | 1.22% |
| Admin. & Executive | 55,441 | 3.72% |
| Legal | 1,199 | 0.08% |
| Human Resources | 9,533 | 0.64% |
| Depreciation Exp. | 22,206 | 1.49% |
| Amortization Exp. | 161,806 | 10.87% |
| Other | 60,532 | 4.06% |
| **TOTAL OPERATING EXPS** | **538,987** | **36.19%** |
| | | |
| **OPERATING INCOME** | **(135,346)** | **-9.09%** |
| | | |
| Interest Expense [Net] | 2,039 | 0.14% |
| Other <Income> Expense | 2,514 | 0.17% |
| | | |
| **NET INCOME BEFORE TAX** | **(139,899)** | **-9.39%** |
| Provision for Inc. Tax | (8,800) | -0.59% |
| **NET INCOME** | **(131,099)** | **-8.80%** |
| | | |
| **EBITDA** | | |
| Net Income (Loss) | (131,099) | -8.80% |
| Interest | 2,039 | 0.14% |
| Taxes | (8,800) | -0.59% |
| Depreciation | 86,528 | 5.81% |
| Amortization | 161,806 | 10.87% |
| Other | 0 | 0.00% |
| **EBITDA** | **110,474** | **7.42%** |
| | | |
| **One-Time Restructuring Costs** | | |
| Severance & Other One-time | 0 | 0.00% |
| Facility Consolidation | 11,860 | 0.80% |
| Professional Fees | 59,447 | 3.99% |
| **EBITDAR** | **181,781** | **12.21%** |

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | } | CASE NUMBER |
| Ramsey Winch Company | } | 09-14000-M |
| | } | |
| | } | |
| DEBTOR(S). | } | CHAPTER 11 |

DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD

FROM    January 31, 2010                    TO        February 27, 2010

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the
Guidelines established by the United States Trustee and FRBP 2015.


Sarah Goss Powers


Debtor's Address                              Attorney's Address
and Phone Number:                             and Phone Number:

Ramsey Winch Company                          GableGotwals, P.C.

4707 North Mingo Road                         1100 ONEOK PLAZA
                                              100 West Fifth Street
Tulsa, OK  74117                              Tulsa, OK  74103

918-438-2760                                  918-595-4800

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously
provided to the United States Trustee Office.  Monthly Operating Reports must be filed by the 15th day of
the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United
States Trustee Program Website, http://www.usdoj.gov/ust/r20/Region_20.htm.
1)              Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2)              Initial Filing Requirements
3)              Frequently Asked Questions (FAQs)

| CASE NAME: Ramsey Winch Company |
| CASE NUMBER: 09-14000-M |
| JUDGE: Terrence L. Michael |

**ACCRUAL BASIS**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OKLAHOMA

### MONTHLY OPERATING REPORT
### MONTH ENDING FEBRUARY 28, 2010

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE. THE DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY) IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

**RESPONSIBLE PARTY:**

 /s/ Don Helms
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY

Chief Financial Officer
TITLE

PRINTED NAME:    Don Helms
ADDRESS:    4707 N. Mingo Road
    Tulsa, OK 74117
TELEPHONE NO.    918-234-2119

3/24/2010
DATE

**PREPARER:**

 /s/ J. Bill Koehler
ORIGINAL SIGNATURE OF PREPARER

Bankruptcy Accountant
TITLE

PRINTED NAME:    J. Bill Koehler
ADDRESS:    6202 S. Lewis, Suite F
    Tulsa, OK 74136
TELEPHONE NO.    918-748-9494

3/24/2010
DATE

{858468;4}

**SCHEDULE OF RECEIPTS AND DISBURSEMENTS**
For the Period Beginning January 31, 2010 and Ending February 27, 2010

| | | | | |
|---|---|---|---|---|
| Name of Debtor: | Ramsey Winch Company | | Case Number | 09-14000-M |
| Date of Petition: | December 18, 2009 | | | |

| | CURRENT MONTH | | CUMULATIVE PETITION TO DATE | |
|---|---|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | $ | 139,094.01 (a) | $ | 166,865.65 |
| **2. RECEIPTS:** | | | | |
| A Cash Sales | $ | - | $ | - |
| Minus: Cash Refunds | (-) $ | - | $ | - |
| Net Cash Sales | $ | - | $ | - |
| B Accounts Receivable | $ | 1,080,805.43 | $ | 2,245,697.62 |
| C Other Receipts *(See MOR-3)* | $ | 19,870.28 | $ | 31,870.63 |
| (If you receive rental income, you must attach a rent roll.) | | | | |
| 3. TOTAL RECEIPTS *(Lines 2A+2B+2C)* | $ | 1,100,675.71 | $ | 2,277,568.25 |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS | $ | 1,239,769.72 | $ | 2,444,433.90 |
| **5. DISBURSEMENTS** | | | | |
| A. Advertising | $ | 1,872.69 | $ | 11,760.34 |
| B. Bank Charges | $ | - | $ | - |
| C. Contract Labor | $ | 52,410.21 | $ | 86,631.88 |
| D. Fixed Asset Payments (not incl. in "N") | $ | - | $ | - |
| E. Insurance | $ | 11,697.27 | $ | 32,750.63 |
| F. Inventory Payments *(See Attach. 2)* | $ | 738,420.92 | $ | 1,357,082.12 |
| G. Leases | $ | 8,049.18 | $ | 17,396.98 |
| H. Manufacturing Supplies | $ | 5,451.82 | $ | 11,674.17 |
| I. Office Supplies | $ | 7,049.30 | $ | 8,777.73 |
| J. Payroll - Net *(See Attachment 4B)* | $ | 281,850.26 | $ | 666,687.64 |
| K. Professional Fees (Accounting & Legal) | $ | 11,551.97 | $ | 11,551.97 |
| L. Rent | $ | - | $ | - |
| M. Repairs & Maintenance | $ | 63,844.45 | $ | 67,373.78 |
| N. Secured Creditor Payments *(See Attach. 2)* | $ | - | $ | - |
| O. Taxes Paid - Payroll *(See Attachment 4C)* | $ | 158,155.34 | $ | 312,911.88 |
| P. Taxes Paid - Sales & Use *(See Attachment 4C)* | $ | - | $ | - |
| Q. Taxes Paid - Other *(See Attachment 4C)* | $ | - | $ | - |
| R. Telephone | $ | 7,200.67 | $ | 7,265.67 |
| S. Travel & Entertainment | $ | 1,705.00 | $ | 2,217.50 |
| Y. U.S. Trustee Quarterly Fees | $ | 4,875.00 | $ | 4,875.00 |
| U. Utilities | $ | 16,480.36 | $ | 21,582.83 |
| V. Vehicle Expenses | $ | 58.56 | $ | 58.56 |
| W. Other Operating Expenses *(See MOR-3)* | $ | - | $ | 17,427.46 |
| X. Transportation | $ | 48,451.54 | $ | 80,673.50 |
| Z. Employee Expense Account Reimbursement | $ | 22,852.17 | $ | 30,467.04 |
| AA. Outside Sales Reps | $ | 15,304.67 | $ | 69,388.09 |
| AB. Computer Related Services | $ | 11,761.91 | $ | 23,029.42 |
| 6. TOTAL DISBURSEMENTS *(Sum of 5A thru W)* | $ | 1,469,043.29 | $ | 2,841,583.99 |
| Transfers to Main Disbursement Account | $ | (1,100,022.78) | $ | (2,256,031.20) |
| Transfers From Main Disbursement Account | $ | 1,445,996.87 | $ | 2,769,881.81 |
| Credit Card Receipts retained by Ramsey Industries, Inc. | | | | |
| 7. ENDING BALANCE *(Line 4 Minus Line 6)* | $ | 116,700.52 (c) | $ | 116,700.52 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true
and correct to the best of my knowledge and belief.

This 23rd day of March, 2010.        /s/ Don Helms

                                                    (Signature)

(a) This number is carried forward from last month's report. For the first report only, this number will be the
balance as of the petition date.
(b) This figure will not change from month to month. It is always the amount of funds on hand as of the date of
the petition.
(c) These two amounts will always be the same if form is completed correctly.

## MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)

### Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | | Cumulative Petition to Date | |
|---|---|---|---|---|
| Misc. consisting of COBRA, scrap metal sales, etc. | $ | 19,870.28 | $ | 31,870.63 |
| | $ | - | $ | - |
| | $ | - | $ | - |
| | $ | - | $ | - |
| | $ | - | $ | - |
| | $ | - | $ | - |
| | $ | - | $ | - |
| TOTAL OTHER RECEIPTS | $ | 19,870.28 | $ | 31,870.63 |

**"Other Receipts"** includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | | Cumulative Petition to Date | |
|---|---|---|---|---|
| LOCK MANAGEMENT        Outside sales rep | | | $ | 17,427.46 |
| | $ | - | $ | - |
| | $ | - | $ | - |
| | $ | - | $ | - |
| | $ | - | $ | - |
| | $ | - | $ | - |
| | $ | - | $ | - |
| | $ | - | $ | - |
| TOTAL OTHER DISBURSEMENTS | $ | - | $ | 17,427.46 |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

**Ramsey Winch**
**(Debtor in Possession)**
**Balance Sheet**
**February 28, 2010**

| Assets | Balance |
|---|---|
| Current Assets | |
| Cash | 114,663.00 |
| Accounts receivable | 3,275,111.00 |
| Allowance -Accounts receivable | (169,047.00) |
| Inventory | 4,591,246.00 |
| Reserve- Inventory | (627,856.00) |
| Other current assets | 689,878.00 |
| Total current assets | 7,873,995.00 |
| Property, plant and equipment, net | 4,256,564.00 |
| Interco | - |
| Other Assets | |
| Goodwill | |
| Total Assets | 12,130,559.00 |

| Liabilities and Shareholders' Deficit | |
|---|---|
| Liabilities Not Subject to Compromise: | |
| Short-term borrowings | - |
| Accounts payable--trade | 703,012.00 |
| Other liabilities and accruals | 59,529.75 |
| Total  Liabilities Not Subject to Compromise | 762,541.75 |
| | |
| Liabilities Subject to Compromise: | |
| Trade Creditors & Other | (1,741,019.14)  (a) |
| Intercompany Payable | 16,206,801.00 |
| Other Liabilities subject to Compromise | 4,102,877.00  (b) |
| Total Liabilities Subject to Compromise | 18,568,658.86 |
| Shareholders' (deficit) | |
| Preferred stock | |
| Common stock | |
| Retained earnings (deficit) | (7,200,641.61) |
| | |
| Total Liabilities & Shareholders' (Deficit) | 12,130,559.00 |

| (a) Liabilities subject to compromise consist of the following: | |
|---|---|
| Accounts Payable | 1,563,578.61 |
| Accrued Liabilities | 159,238.25 |
| Accrued Expenses | 26,409.00 |
| Income Tax | (3,490,245.00) |
| Total | (1,741,019.14) |

| (b) Liabilities subject to compromise consist of the following: | |
|---|---|
| Pension Liability - Admin | 4,102,877.00 |

**Auto Crane Company**
Period Ended February 27, 2010

Actual

| | Actual | |
|---|---|---|
| | $ | % |
| Gross Sales | 1,824,659 | |
| Gross Sales- Chassis | - | |
| Sales Discounts | 2,529 | -0.17% |
| Sales Returns | 3,294 | 0.04% |
| **NET SALES** | **1,818,836** | |
| | | |
| VARIABLE MFG EXPENSES | | 54.38% |
| Material | 1,018,557 | 54.38% |
| Material - Chassis | - | 0.00% |
| Labor | 82,063 | 5.31% |
| Burden | 100,445 | 5.57% |
| Warranty | 23,478 | 2.01% |
| Other (prod. Variances) | 41,430 | 0.12% |
| **TOTAL VAR MFG EXPS** | **1,265,973** | **67.40%** |
| | | |
| **VARIABLE MARGIN ($)** | **552,863** | **32.60%** |
| | | |
| FIXED MFG EXPENSES | | |
| Wage & Fringe | 58,523 | 4.91% |
| Fixed Supplies | 10,926 | 0.78% |
| Utilities | 14,215 | 0.86% |
| Depreciation | 30,744 | 2.29% |
| Freight In | 12,881 | 1.43% |
| Other Fixed Exp. | 6,963 | 0.13% |
| Inventory Reserves | 9,250 | 0.69% |
| **TOTAL FIXED MFG EXPS** | **143,502** | **11.10%** |
| | | |
| **TOTAL COST OF GOODS SOLD** | **1,409,475** | **78.50%** |
| **GROSS MARGIN** | **409,361** | **21.50%** |
| | | |
| OPERATING EXPENSES | | |
| Variable Selling (Comm) | - | 0.00% |
| Engineering | 30,851 | 2.29% |
| Sales | 80,660 | 5.15% |
| Marketing | 39,773 | 2.55% |
| Finance | 37,192 | 2.71% |
| MIS | 25,937 | 1.35% |
| Admin. & Executive | 75,972 | 4.46% |
| Legal | - | 0.00% |
| Human Resources | 18,452 | 1.38% |
| Depreciation Exp. | 22,037 | 0.49% |
| Amortization Exp. | 161,806 | 12.05% |
| Other | 103,748 | 7.15% |
| TOTAL OPERATING EXPS | 596,428 | 39.58% |
| | | |
| **OPERATING INCOME** | **(187,067)** | **-18.07%** |
| | | |
| Interest Expense [Net] | 1,837 | 0.15% |
| Other <Income> Expense | - | 0.16% |
| | | |
| **NET INCOME BEFORE TAX** | **(188,904)** | **-18.39%** |
| Provision for Inc. Tax | (10,800) | -2.50% |
| **NET INCOME** | **(178,104)** | **-15.89%** |
| | | |
| EBITDA | | |
| Net Income (Loss) | (178,104) | -15.89% |
| Interest | 1,837 | 0.15% |
| Taxes | (10,800) | -2.50% |
| Depreciation | 52,781 | 2.78% |
| Amortization | 161,806 | 12.05% |
| Other | 0 | 0.00% |
| **EBITDA** | **27,520** | **-3.40%** |
| | | |
| One-Time Restructuring Costs | | |
| Severance & Other One-time | - | 0.00% |
| Facility Consolidation | 1,200 | 0.09% |
| Professional Fees | 62,660 | 4.67% |
| **EBITDAR** | **18,199** | **1.36%** |

## <u>Exhibit F</u>

### (Disclosure Statement Order)