UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ------------------------------------------------------------------x<br>In re<br><br>**RAMSEY HOLDINGS, INC.,** *et al.*,<br><br>    Debtors.<br>------------------------------------------------------------------x | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | **Chapter 11**<br><br>**Case No. 09–13998-M**<br><br>(Jointly Administered with Case Nos. 09-13999-M, 09-14000-M, 09-14001-M and 09-14002-M) |

## AMENDED EXHIBIT LIST

### HEARING ON CONFIRMATION OF DEBTORS' FIRST AMENDED JOINT PLAN OF REORGANIZATION

DATE OF HEARING:     **June 15, 2010**

EXHIBITS OF: **Ramsey Holdings, Inc.** *et al*, **debtors and debtors-in-possession**

☒ Debtor     ☐ Creditor     ☐ Plaintiff     ☐ Defendant     ☐ Other

| EXHIBIT NO. | IDENTIFICATION | OBJECTION | BASIS OF OBJECTION | ADMIT | DENY |
|---|---|---|---|---|---|
| 1. | First Amended Joint Plan of Reorganization of Affiliated Debtors [Doc #328] | | | | |
| 2. | Plan Supplement [Doc #390] | | | | |
| 3. | Ballots | | | | |
| 4. | Notice and Motion with Respect to Modification of First Amended Plan [Doc 415] | | | | |
| 5. | Amended Report of Tabulation of Ballots [Doc #410] | | | | |
| 6. | Order Approving Disclosure Statement, Approving Solicitation and Voting Procedures, and Scheduling Certain | | | | |

{880873;}

| EXHIBIT NO. | IDENTIFICATION | OBJECTION | BASIS OF OBJECTION | ADMIT | DENY |
|---|---|---|---|---|---|
|  | Dates in Connection therewith [Doc #347] |  |  |  |  |
| 7. | Certificate of Service [Doc. 361] |  |  |  |  |
| 8. | First Amended Disclosure Statement for Joint Plan of Reorganization of Affiliated Debtors [Doc. 329] |  |  |  |  |
| 9. | All exhibits by any other party in interest |  |  |  |  |

**DATED** at Tulsa, Oklahoma, this 14th day of June, 2010.

Respectfully submitted,

/s/  Brandon C. Bickle
Sidney K. Swinson, OBA No. 8804
John D. Dale, OBA No. 19787
Mark D.G. Sanders, CT No. 402798
Brandon C. Bickle, OBA No. 22064
Sarah G. Powers, OBA NO. 22688
**GableGotwals, P.C.**
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, Oklahoma 74103
918.595.4800
918.595.4990 (facsimile)
bkcyfilings@gablelaw.com

*Attorneys for the Debtors and Debtors in Possession*

{880873;}